5-22 CV 0 255 - H

CAUSE NO:

United States

VS.

Mallory Petterson; Benjamin
todi; Jaime Blount; Jennifer
Garcia; weston; Maddox; et. al.

U.S. DISTRICT COURT Northern District.
NORTHERN DISTRICT OF TEXAS
FILED court of The
United States

SEP 30 2022

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## CITIZEN'S PUBLIC CRIMINAL COMPLAINT

Here comes the affiant, the Complaintee, Louis Fred
Gonzales, 3001 County Road 84, O'Han. TX 79064; Father to
Eleven Children; Owner of two bussiness; and of sound mind,
make oath, and say the following under perjury of law, that;

The mentioned defendants and the unknown named
defendants whom were informed, had accessed, and or
involved in this Organized Criminal Organization in which has
and is Engaging in Criminal activities against citizens of
the United States, the State of texas; ___ the United States;
and all of humanity as the defendants have knowingly,
willingly and intentionally raised arms against humanity,
waging war, and utilizing their employment as a public
servant or/and professional in order to defraud humanity
of life, liberty and pursuit of happiness by Fabrication,
Fraud, malicious prosecution, securing documents
in which are froudalunt in order to simulate legal
process of Civil and Criminal proceedings in order
to deprive humanity of its Constitutional Rights,
priveledges, immunities and laws of our state
and Nation under the color of law, or/and puporting

to be under the Color of Law;

As this is a Crime in itself; another Felony charge on top of the Crimes in which had already been committed against humanity / Citizens by the perpatrators;

As this charge "Deprivation of a person's Civil rights, immunitres, priveledges and laws under the Color of law" makes it more Criminal; even more Wrong, due to the Actors being public Servants; Public Servants whom we Citizens have entrusted such area of employment to with our personal and public affers; activities no other person than our God is suppose to know; and as they are entrusted as people whom are to protect and serve the people, all people, no matter if they are a U.S Citizen or not.

As these individuals are to uphold the law, follow the law, not Commit Crimes;

As Citizens give each individual in such area of employment the benifit of the doubt;

So Citizen's do not or should not be more worried of such persons committing Crimes against them, than their alleged Counter-parts, Criminals".

But yet humanity as a whole feel this way; And this shows and as history reveals a long lengthy Criminal actiutie(s) being Committed to Citizens and humanity by a organized group of terrorists whom have weeded them- selves within such employment of the Public Sevant area,

And as such imposters have also been pushing actual good people out from such area of employment; as these imposters, these traitors bully, pick-on and even terminate or Fire these good people from their jobs in order to gain control of such employment,

As Such traitors thought they could or would be able to utilize such employment; employment in which we Citizens have entrusted so much faith in as people whom are made of of Good Statue, as in morality;

As Such individuals automatically were seen

as persons whom would lay down their own lives for others;

But as time has progressed forward with humanity; this has transgressed or land decreased in such individuals.

As now we have a system in which now is overwhelmed with false public servants whom have hidden themselves behind the statue or view point of past True Public Servants; and the very few whom still try their best to hold their own against this large and growing group of imposters throughout the world whom are intentionally committing Genocide.

As their is no statue, laws, immunities), privel-edges, penal codes or civil rights that dicate public servants are immune to the punishments or consequences of crimes they commit under the color of laws;

As no law exempts or states that public servants are exempt from the consequences or punishments of such penal codes;

As each and every statue or law, dictates the wording or phrase in the beginning of its definition of "whomever or whoever"; meaning no person, or group of people, no matter who you are, or what your employment is, you or that group of people are not above the law; but because you hold employment as a public servant or professional; this makes it a more serious crime when committed by such persons;

Because you took advantage of such employment in order to cause intentional harm against humanity.

And you, the individuals whom these words hit home; or make you feel anger because its speaking exactly to and of you, of your past and present treacherous acts;

then its you whom I want, its you whom deserve to die a traitors death, and I'm one to give this death to you, and alone I can do it by myself, and I yearn to get rid of pussies like you from this world,

Because of you, of losers, of washed out, couldn't hack it and weak ass crying motherfuckers like you are and is why the world is the way it is and has been; because your so much of a pussy and you hate it, so you blame others and also hurt them because of your downfalls, that you inflicted upon yourself.

But the following are some the offenses committed by the involved perpatraters:

| OFFENSES | OFFENSES |
|---|---|
| Ch.1, §2. Principal | §42.061-Slent or abusive calls to 9-1-1 service |
| §3. Accessory After the Fact | §42.07 - Harrassement |
| §.4. Misprison of Felony | §42.072-Stalking |
| §113. Assaults | §42.075-Disclosure of Confidental Information involving Family Violence |
| §11. Bribery | |
| Ch.12 Civil Disorders | §42.002- Enciting a riot/Civil unrest |
| Ch.13. Deprivation of Civil rights | §36 - bribery and Corrupt Influence |
| Ch.19 Conspracy To Commit harm | §36.02- Coercion of public Servant or Voter |
| §71.02- Engaging in organized criminal activity | §36.04- Improper Influence |
| §71.022-Coercing, inducing, soliciting membership into a criminal organization | §36.05 - Tampering with witness |
| §71.023- Directing actuvities of a criminal organization | §36.06- Retaliation and obstruction of Justice |
| §42.01 - Disordly Conduct | Ch.28 Criminal mischief and Property damage |
| §42.06- False alarm or Report | |
| §42.061-False report to induce | 29.02 Aggravated Robbery |

## OFFENSES

- 36 = Burglary of Vechicles
- Grand Theft of Automobile
- Theft of Property
- 31.04 · Theft of Service
- 31.05 · Theft of Trade Secrets
- unauthorized use of a motor Vechicle
- Tampering with Identifying numbers
- mail theft
- Theft or tampering with multi video surveillance within a Correctional facility
- Computer Crimes
- breach of Computer Security
- Electronic Access Interference
- Electronic Data Tampering
- unlawful Ducrption of multi Electronic Devices
- online impersonation
- fraud by deception
- unauthorized use of telecomm Services
- Manufacturing, Possession & delivery of illegal usage of Tellecomm Services
- False caller Identification Information Display
- Aggravated Assault to Commit multiple Felunies
- Solicitation to Commit a crime of Violence
- Counterfeiting
- unlawful use of official broths

## OFFENSES

- Aggravated Assault w/a Dangerous Weapon w/the intentions to Commit murder
- Aggravated Assault w/a dangerus weapon w/the intentions of Commiting Aggravated Sexual Assault(s) of Child under five years, multiple Counts
- Aggravated Sexual Assault of an adult - multiple Counts
- Aggravated Sexual Assaults of A child under 5 - multiple Counts
- Aggravated Assaults w/a deadly weapon in order to Commit assignation and assignation of other public servants
- Destruction of motor Vechicles
- Concealment of Assets
- False Oaths
- Conspiracy against a Citizen's Civil Rights
- Deprivation of a person's Civil rights, immunities, priveledges and laws under the color of the Law
- Hate Crimes Acts
- Conspiracy to defraud the United States
- Conspiracy to impede or injure other public servants
- Forgery
- Imitating obligations or

# OFFENSES

- Uttering false or Counterfeite Obligations
- Fraudulent Bonds and Obligations of certain lending Agencys
- Ficticious Obligations
- Embezzlement
- Custodians generally misusing Public Funds
- Theft of Employment health care benifits
- Theft or embezzlment from Employee benifit Plan
- Theft or embezzlment from Employment and training funds
- Recieving Stolen Property
- mail Fraud and other offenses
- Aggravated Kidnapping
- Aggravated Kidnapping of a Child- multiple Counts
- fugitive From Justice
- False Impersonation
- impersonating to be a public Servant
- Espionage
- Extortion & Thefts
- Racketeering
- RICKO ACT
- unlawful Search And Seizure
- unlawful arresst

# OFFENSES

- Obstruction of Investigation
- Simulating legal process
- tampering with goverment records
- Sexual Explotation
- Sexual Explotation of a Child- multiple Counts
- Genocide
- War Crimes
- Torture
- Terrorism
- Premeditated Murder/ multiple Counts
- Crimes of Violence
- Treason
- Sedition
- Subverse Activities
- Cruel and inhumane treatment
- unlawful interception of oral Communications
- unlawful of personal Information / DMV
- malicious mischief
- Peonage
- Slavery
- Human Trafficking
- Protection of Unborn Children
- unlawful incaceration
- All Criminal activities executed by a persons

## OFFENSES

§ 42.072 - STALKING

§ 42.075 - Disclosure of Confidential Information Regarding Family Violence

§ 42.002 - Enciting A Riot / Civil arrest

Ch. 36 - Bribery AND Corrupt Influence

§ 36.02 - Bribery

§ 36.03 - Coercion of Public Servant or Voter

§ 36.04 - Improper Influence

§ 36.05 - Tampering with witness

36.06 - Retaliation and obstruction of Justice

Ch. 28 - Arson, Criminal mischief and Property Damage

§ 29.02 Robbery

29.03 Aggravated Robbery

Home Invasion

§ Burglary of Vechicles

Grand Theft of Automobile

§ 31.03 - Theft of Property

§ 31.04 - Theft of SERVICE

§ 31.05 - Theft of Trade Secrets

§ 31.07 Unauthorized Use of a motor Vechicle

§ 31.11 - Tampering with Identifying Numbers

§ 31.20 - Mail theft

§ 31.12 Theft of Tampering with Video SERVICE

Ch. 33 Fraud

## OFFENSES

§ 32.21 Forgery

32.22 - Criminal Solicitation

32.23 Tradomark Counterfeit

32.24 Stolen or Received Stolen Check or Sight Order

32.42 Deceptive Bussinesss Practice

§ Impersnating To Be A Public Servant

§ Breach of Contract

32.45 Misapplication of Fiduiary Property or Property of Financial Institute

32.46 Fraudulent Execution of Securing of Document

32.47 Fraudulent Destruction, Removal or Concealment of writing

32.48 Simulating Legal Process

32.49 refusal to excecute release on fraudulent Lien of Property

32.51 Deceptive or fraudulent possession of identifying information

32.53 Exploitation of Children

32.54 Financial Abuse of Elderly Individual Victims

Ch. 33 Computer Crimes

33.02 Breach of Comp Security

33.05 Electronic ACCESSS Interference

Electronic DATA TAMPERING

Unlawful Decryption

Online Impersonation

Unauthorized use of Telecomm Services

Manufacturing, Possession & delivery

Unlawful Telecomm Service

## OFFENSES

FALSE CALLER IDENTIFICATION INFORMATION DISPLAY

Assault w/ Attempt to Commit murder

Assault to Commit Felony

Assault with a Dangerous Weapon / with Intent to commit harm

Assault resulting in bodily harm

Destruction of Motor Vechicles

Concealment of Assets

False Deaths

Conspiracy Against A Citizen's Civil Rights

Deprivation of Rights under the Color of Law

Hate Crime Acts

Conspiracy to defraud the United States

Conspiracy to impede or injure other officers

Soliciation to Commit a Crime of Violence

Contempts

Counterfeiting

Forgery by deception

Fraud by deception

Initating obligations or securities

Uttering Conterfeit obligations

## OFFENSES

Bonds and obligations of Certain lending Agencies

Ficticious Obligations

Embezzlement & Theft Custodians generally, misusing Public Funds

Custodians failing to deposit money

Theft of Health Care benefits

Espionage

Extortion & Threats

False Impersonation

Fugutive from Justice

Genocide

Murder Attempt / Conspire

Aggravated Kidnapping

Mail Fraud & other offenses

Receiving Stolen Property

Theft or Embezzlement from Employee benefit plan

Theft or embezzlement from Employment & Training Funds

Obstruction of Investigation

Sexual Exploitation

| OFFENSES | OFFENSES |
|---|---|
| Sexual Exploitation of Children | Malicious Mischief |
| Exploitation of Children | Banage |
| Crimes of Violence | Slavery |
| Terrorism | Human Trafficking |
| Torture | Protection of unborn Children |
| Treason | Racketeering |
| Sedition | RICKO ACT |
| Subverse Activities | Robbery |
| War Crimes | Aggravated Robbery w/deadly weapon |
| Cruel & unhuman treatment | Unlawful Search & Seizure |
| Cruel & inhuman punishment | |
| Unlawful interception of oral communications | |
| Unlawful Release of Personal Information / DMV | |

| DEFENDANTS | DEFENDANTS |
|---|---|
| - Manuel Balderas - Plainview P.d | Joseph Garcia - Olton P.d |
| - Jaime Ortiz - Plainview P.d | 3 - Plainview P.d Employees whom were at the Covenant Hospital illegally on July 28, 2021 Plainview P.d |
| - Andy Vaneloue - Plainview P.d | |
| - Solis - Plainview P.d | |
| - Hukill - Judge - Hale County | |
| - Wally Hatch - DA - Hale County | Dennis Albus - Lamb Co. Sheriff |
| | Scott Say - D.A - Lamb Co. |
| - Reggie Holmes - Olton P.d | Sunshine, Stanek - D.A - Lubbock |

Defendants

- Wenston - Lamb Co. Sherriff officer
- Felix Klein - Lamb Co. Judge
- Timothy Walker - Lamb Co magistrate
- Lamb Co. Sherriff Employee whom Allegely responded to the two 911 Calls made from the Gonzales resident IN May 2001
- Lamb County Sheriff office
- The three Lamb County Employees whom had Allegally Conducted a welfare check ON Mr. Gonzales ON May 2021 due to An Alleged report made by Mr. Gonzales's Parole officer - IN which WAS ockally False, a scheme, a set up.

- - C.P.S Employee - Mallory Petterson - midland office
- Jaime Blaunt - C.P.S supervisor From Amarillo office
- C.P.S Supervisor of C.P.S Investigater Mallce Petterson
- Dr. Sewall - Plainview Covenant Hospital
- Dr. Wright - Plainview Covenant Hospital
- Benjamin Medi - C.P.S Investigater/ Employee - Amarillo, TX
- Jennifer Garcia - C.P.S Employee From Lubbock C.P.S office
- Rob - KinKaid - Hale Co. Judge
- wal-mart - Distribution, Plainview, TX.

Defendants

- Dr. Sewall - Plainview Covenant Hospital
- Intake Nurse from Convenant Hospital on July 27, 2021
- Dr. Wright - Plainview Convenant Hospital
- Plainview Convenant Hospital
- Chrystal Walker - C.P.S Employee - Littlefield, TX
- Avelus - Plainview P.d Employee
- Cynthia Gutierrez's Female Docter at Convenant Hospital on July 27 - July 30 - 2021
- Wal-mart - Plainview, TX
- Wal-mart male employee whom called Plainview P.d and knew Mr. Gonzales by his First name but Not by his Last name - Plainview TX
- Wal-mart Employee with blk/bls long hair - pony tail - manager - Plainview TX
- Hispanic Female - late 50's - Plainview, TX - walmart employee whom was buying time or proscoosinating while this group illegally committed a scheme to Fabricate eyedence Commit Aggperjury and Falsify charges against Cynthia Gutierrez
- Lubbock P.d,

The above and Frementioned Penal Codes are crimes in which the mentioned perpatrators whom impersonate themselves to be public servants have been committing such crimes, and other addittional breaches against Not only the affiant, the Complaintee, Lewis Fred Gonzales, but have Committed such crimes against every citizen of the United States, and Against our Nation, as these Acts are Considered to be Acts of War, as such persons chose to Commit treason when they Knowing, willingly and intentionally chose to inflict harm against their own Countrymen, and their Nation.

These Individuals are traitors, they are a threat to themselves, to their Families and a threat to humanity itself, as well a threat to our National Security and Future of this Nation.

And we as citizens have the Right(s), as well as we are obligated by Law, our Constitution and Declaration of Independence to intervene and break up any part of the government in which has gone Rogue; as we citizens can and if need to be, Abolish All government and then set up a new security for our government in order to secure the Future of humanity and our Nation.

As No person, or group of people is above the law, or is more important or valueable than the rest, as No law can be passed or exist in which makes a person or group of people seem to be more important or valuable or even seem to be they have immunity to the punishments of the law in which governs us All.

As there is no statue, law, ordinance, admendments, our constitution, Bill of Rights, Declaration of Indepence In which state that Public Servants are immune to the law, to the punishments of when such penal codes are breahed/broken by such persons;

As all penal codes, or the laws in which govern us all, All depict or state in the beginning of their definition of describing such or said crime, the wording " whomever, whoever": meaning exactly what it states; it dont matter whom you are, where you work, how long you have held such employment; this pertains to you as well; to everybody, to every person; not one individual or group of persons are exempt from such punishments.

ON or About May 2021, Two Lamb County Sheriff deputies had arrived at the Gonzales residence in OLTON, TX, stating they received a report by Mr. Gonzales's Parole officer, Mario Reyes of the Plainview Parole office and whom wanted the Lamb County Sheriff Deputies to conduct a "welfare check" on Mr. Gonzales due to an arguement or miscommunication between Mario Reyes and Mr. Gonzales had earlier that morning at the Gonzales residence on or during a Parole home visit.

The two Lamb County deputies had stated they were conducting a "welfare check"; but yet Mr. Gonzales; his wife at the time, Cynthia

Gutierrez, Mr. Gonzales's Parents held about a 10 minute conversation outside the homes of the Gonzales residence about nothing of how Mr. Gonzales was doing or of his family and or of the Five children in the home, or about Mrs. Gutierrez's Five month pregnancy at the time;

The Ten minute conversation held outside the homes was of the Lamb County Deputies telling "Mr. Gonzales that no matter what he and his family were going through, that Mr. Gonzales needed to be respectful to his parole officer, Mario Reyes and needed not to argue with him and do whatever Mr. Reyes was asking him to do, so he could finish parole.";

As this was told to not only Mr. Gonzales, but to Cynthia Gutierrez and the Parents of Mr. Gonzales, whom did not know what was happening or why this visit from the Lamb County Sheriffs' was even occurring;

Because Mr. Reyes, Mr. Gonzales's Parole officer had just left a few hours ago and even spoken to the Parents of Mr. Gonzales and given them a card in which displayed Next months visit with Mr. Reyes.

The Lamb County deputies stated they were leaving, that all was Fine. They began to walk back to their vechicles, as they shown up in different vechicles.

The deputies were opening their ~~truck~~ doors to their vechicles when Mr. Gonzales had ~~started~~ out loud "Excuse me, but may I ask ya'll a quston about something?"

The Two Lamb County deputies began to walk back to Mr. Gonzales; As this was where "Mr. Gonzales had asked how or what would we Need to do in order to ensure that Criminal charges were /are Filed against a certain group of people whom are impersonating to be public servants but have weeded themselves in such area of employment in order to hide behind the backs of past and what Few good public Servants we have or are left within such area of employment";

Mr. Gonzales had informed or reported the criminal acts in which had and were occurring to him, and his Family and other citizens whom also confided in Mr. Gonzales and other Family members about their attacks or /and criminal activities in which were or had also occurred to them and their Families From the Same perpatrators whom have been impersonating themselves to be public servants; but instead of holding true to their oaths, public duties, ethics, conduct of professionalism, code of conduct and other contracts that legally bind them to protect and serve the citizens of this country, as the citizens are their employers, as the citizens are whom pay all their salaries, as the citizens also have a Say of whom is hired and Not hired, as well who stays hired or Not, is the citizens are also Finiancially responsible or any civil suits brought against any public servant because, we citizens are responsible or their actions, as we are their employers legally.

" Mr. Gonzales Children to the criminal acts of rape; rape of a child under Five years old; attempted murder, assissanation; aggravated kidnapping; treason; embezzlement; Fabrication of evidence; Aggravated Perjury; Conspiracy to commit serious bodily harm; torture; cruel and unusual treatment; acts of war by people whom we entrusted with our Lives and have chosen the path of being traiters as they commit acts in which intentionally harm citizens and other criminal, terrorism or activities".

The Lamb County Sherriff Deputies did Not write down any report(s), they didn't take any information down whatsoever, even when Mr. Gonzales Stated he had years of documents proving all of his allegations; and advising or informing them, even though we didn't have any documentation of the criminal activities occurring; there is still a citizen or citizens reporting a crime(s); and by law, it does Not matter if its 100 citizens, 10,000 citizens, or just 1 citizen(s); a report has to legally be made, taken by authorities and investigated; No matter how absurd it may have sounded.

As Law Enforcement, Nor does the district Attorney's office have the official capacity to decide whom charges are pressed against or not.
As this Acts are aiding and abetting into leaving Fugitives, Felons on the streets to continue causing harm to citizens; as they involved also becomes Accessories to the actual crimes or and the principal, as if they actually committed the crime themself.

Mr. Gonzales's Family had also shown the Lamb County other evidence in which revealed the criminal activities occurring; as such activities were and have been occurring to other citizens around the United States; the exact same tactics and methods; even the exact actions, even to the terroristic threats being issued were exactly the same, word for word.

The two deputies had stated they were going to leave out would contact the Family if they needed any more information, but again, No reaches or information was taken down; only our cell phone numbers, but without my names attaching to whose number was whose; only written Nor on their palm of their hand(s).

The two deputies left the Gonzales Residence; also prior to speaking to the two deputies in the beginning; Mr. Gonzales had called the number to the Lamb County Sheriff's office and asked what were two of their deputies doing at his residence;

As Mr. Gonzales asked the above question; A Female had answered and stated "we don't know about any deputies whom are out in Ollon, do you know their Names or badge Number(s)?"

Mr. Gonzales replied "No I don't know who they are,"

And as Mr. Gonzales had just replied; another Female was heard telling the other Female dispatcher Mr. Gonzales was speaking to "C'mon, I got it, let me see it";

As the 2nd Female began to state "Mr. Gonzales, (in a high excited voice) oh they are there to do a check-up, its nothing; its just a welfare check, so just talk to them";

It was about 12:45 pm when the deputies had left;

As Mr. Gonzales's mother and Mrs Gutierrez were feeding the children as they had just gotten up from their nap due to falling asleep in the livingroom while watching Cartoons.

Mr. Gonzales had spent the remainder of the day outside, doing Maintaince work on his Vechicle and power washing his car due to the recent rain and mud underneath it.

It was about 6pm when one of the deputies, the yunger one, A tall skinny, in his late 20's or early 30's white male deputy whom had shown up earlier that day had drove up to the residence as Mr. Gonzales was till washing his Vechicle and he had Asked Mr. Gonzales "Did you or anyone here Call 9-1-1 just recently?";

Mr. Gonzales looked at him dumbfunded, as if wanting to state "Are you serious"; because what was occurring at the moment, had occurred multiple of times in the xast, in the years of '2015 and '2017, where Plainview P.d employees had visited the residence of Mr. Gonzales's sister's home and stated they had recieved a 9-1-1 call of a person stating to the dispatcher "there was a male individual whom was outside of the home whom had a gun and was threatening to kill the people within the residence";

But when the Plainview P.d responded; it was two P.d employees, with no guns drawn, with no apparent concern of an actual shooter on or around the property; as they did not conduct a perimeter check or show any concern or acts of executing proper procedures in a active shooter situation;

Instead the P.d had stated a male individual had called and automatically presumed it was Mr. Gonzales out of four male individuals within

the residence, and had even tried to insuiniate that Mr. Gonzales was hallucinating, but gave no apporent reasons to or of why; and did not even ask him or anyone who or if they did call 9-1-1 to begin with.

The lamb County Sherriff deputy had then stated " well we recieved two 9-1-1 calls from this residence, the first 9-1-1 call was of a male individual asking for hot pockets, as you could hear children playing in the backgrand as the call Continued; and the Second 9-1-1 call was of a female whom had yelled "Call 9-1-1, hurry call 9-1-1", as the or a 9-1-1 call was already an emergency active, but and lasted for 45 minutes, police stad listenning to the call the whole 45 minutes; and this occurred about 3:45 pm";

Mr. Gonzales was shown a number in which he did not recognize, in which the 9-1-1 call was made from. And again stated no one made any 9-1-1 calls from here.

The lamb County deputy then asked Mrs. Gutierrez and Mr. Gonzale's Mother about the 9-1-1 calls; in which both told him "No one had placed any 9-1-1 calls".

The deputy had then left the residence.

As Mr. Gonzales spoke to his family about what had just occurred, and they all came to the same conclusions; if 9-1-1 calls were made at 3:45 pm, then why did it take two hours and fifteen

minutes to respond to the Alleged 9-1-1 calls, and why would you stay listening to an ongoing 9-1-1 call of a female asking for help for 48 minutes before you respond to the 9-1-1 call.

As this made No sense at all; Not only had these deputies Failed IN their public/civil duties; but if such calls were real; these so called public Servants had knowingly, willingly and intentionally Put these citizens lives IN danger, even death.

It was about 7 pm that day when a C.P.S investigater by Mallory Petterson; an individual whom the family had a past case alleging the Father Luis and Mr. Gutierrez of drinking and selling their Food stamps; all allegations in which did not state any harm being conducted or being inflicted to their children; so the allegations were Not of the concern of C.P.S to begin with.

And if the case was dropped a few months after that, in February 2021 For insufficient evidence; but though December 2020 - February 2021 - Mallory Petterson whom stated she was From the Lubbock office had texted Mrs. Gutierrez almost everyday; asking Mrs. Gutierrez if she was still in a relationship with Mr. Gonzales; as Mallory Petterson was texting Mr. Gutierrez and stating to her "that she needed to Leave Mr. Gonzales, that he was no good for her that she could do better, and if she did not

leave Mr. Gonzales, then Mallory Petterson was going to take away their Children, because Mr. Gonzales was a bad Mama";

But Mr. Gonzales told Mrs Gutierrez don't be afraid of them, they are Nobody, especially trying to put Fear in you, threatening you, these people are Not public Senants, they are Scared, they are the ones whom are needing to do this because they are running, they are hiding, they are pussies; and I promise they will Not take away or continue hurting you or the babies; I will stop at nothing to ensure you's protection, even from people whom lie to themselves daily about whom they are";

Mallory Petterson had never informed the family that the Case was Closed; but had Continued to make terroristic threats; but the family had found out the Case was closed through the alleged reporter, a reporter whom is Legally blind.

About 7pm, Mallory Petterson had Stated to Mr. Gonzales that She recieved a report that "Mr. Gonzales wanted to kill himself";

Mr. Gonzales replied "whomever told you that is a Liar";

Mallory Petterson stated "well I'm Not here to see who said this or that, or if its true or Not, I'm just here For the kids";

Mallory Petterson Continued "And I know you are not just going to let me into the house, so can I speak to Cynthia and see the kids";

Mr. Gonzales looked behind him, towards a 5' by 6' Picture window in the living room where all the children were looking outside due to the rain clouds and wind that had just past and was now just sprinkling, in which they have been gazing at the other nature for the past 30 minutes prior to noticing Mallory Petterson whom was standing 6' feet away from the window where the children were, and when his daughter had said "there's the same lady from Plainview standing outside" prior to Mr. Gonzales going outside.

Mr. Gonzales stated "I'll go get Cynthia for you";

Mrs. Gutierrez goes outside and is only away for a few minutes before returning and telling Mr. Gonzales that Mallory Petterson had told her the Lamb County Sheriff Deputy had called her and told her that "Louis wanted to kill himself"; and that she told Mallory that was a lie, he never (Louis) had said that, and they were lying"; and Mallory had stated she didn't care if it was true or Not, she was just worried or wanted to come inside and see the kids";

Mrs. Gutierrez told her "You already knew how and what Louis was going to tell you, so why are you really here for, why are you keeping on harassing and stalking us?"

Mallory replied "I just went to see how the kids are, if they are okay?"

So Cynthia stated " You have been watching them for the past 10-15 minutes, you can see they are okay";

But I will ask Lewis if its okay for you to see the children.

As Mr. Gonzales stated the obvious to Mrs. Gutierrez but had let the children go outside, but Mallory did not even spend any time observing or checking the children; the children had just played in the mud, water and rain the whole five minutes they were outside.

As Mrs. Gutierrez had even stated to Mallory Petterson "If the report was made of or about Lewis, then why isn't the adult Protective Services out here instead"?

Mallory Petterson replied "I just recieved the call from the Detective and Thats why I'm here";

Mallory Petterson had left.

The following day Mallory Petterson returned with the Lamb County deputy whom refers himself as "Weston" badge # 104 and wanted to see the kids again, but prior to Mr. Gonzales letting this happen; he had gone outside and spoke to Mallory Petterson whom was standing beside the Lamb County deputy whom had made the alleged "Welfare check due to the Parole";

Mr. Gonzales had stated "So who told you that I wanted to kill myself?"

Mallory Petterson had excitedly and defensively

responded "That's not what I said" while looking at the Lamb County deputy at the same-time.

Mr. Gonzales repeated himself "That is exactly what you told Cynthia and myself yesterday".

Mallory Pettieson replies "You had just misunderstood me";

Mr. Gonzales states "Then why are you here then?"

As none of the two replies, so Mr. Gonzales walks away and tells Cynthia to take the kids outside for a few minutes.

The two so called Public Servants leave the residence.

The following day the same deputy returns with another Lamb County deputy, an older white tall male, and Mallory Pettieson whom has an Emergency Removal of the children signed by a female judge from Lamb County, TX; as Mr. Gonzales tells the deputy Weston, You here taking away our children over your Fucking lies, but you dont do Shit about the report we made of felonies being committed by impersonators whom portray themselves as public servants, as they even raped my daughter, twice; the deputy just shrugged

his shoulders;

Mr. Gonzales looked at him and told him that he was going to pay for his treacherous and criminal acts and promised he was going to fall for this.

Mailey Petterson was pushy about Mrs Gutierrez hurrying up with the children; saying she was in a hurry.

Mailey Petterson had left with the kids; and it was about 10 minutes after their kidnapping when Cynthia had called mailey and called her a liar; but then mailey gave the phone to our daughter, Rayland when was about to turn 5, a very bright and smart little girl; and when asked Cynthia "mom why are they taking me away from Louis, and why is he a bad man?";

Mailey had gotten the phone again and started " I was just trying to explain to her we were not taking her away from you but from Louis because you could do better than him";

Mrs. Gutierrez replies" how the hell can you judge a person when you don't even know him; you only talked to him for a few minutes, and how in the hell is it your business when Im in a relationship with; what your problem, what is really going on, your just a liar and you will pay for this"

Mrs. gutierrez and her mother had traveled to Nm CA
to her brother's house, due to choosing for the kids
to go there for the time being;

But Cynthia had spent another 4 and 1/2 hours
waiting on the children; as they were brought to the
brother's house by another C.P.S employee.

And when the children arrived, Cynthia noticed they
all were wearing just long T-shirts; clothes they did
Not or were Not wearing when they were taken / Kidnapped.

Mrs. Gutierrez had asked our daughter Rayland
where did they go after leaving the house with Mallory Beth S.N,
Rayland had said "She took us to her house, She took
us to one of her rooms that had two beds in it
and turned on the tv and gave us snacks and she
took us a bath one by one, and she took
genesis (the baby) (7 months) and the twins (1 year
and 5 months) by themselves out of the room
and she was talking to someone, but I couldn't
hear the other person, then I heard a
man talking in the other room, but I
never saw him, it was only us and mallory
in the house the whole time; she then
dressed us, she had a bunch of cloths for
kids in her closet, and she gave us
snacks and then we came here"

well our children's case was filed in May 2021 in Lamb County, TX with a Female Judge whom was also responsible in Signing off on a document in which simulated legal process of an Emergency Removal of our children from our home; as this alleged Judge also committed criminal activities as she knew what she was doing was illegal as the affidavit by mallory Petterson stated

"Louis wanted to kill himself by the alleged reporter, a Lamb County deputy/detective (a name whom does not exist or ever been employed by Lamb County sheriff's office) also stating Mr. Gonzales failing a U.A in May 2021 (In which was false (As Mr. Gonzales had Not reported For the Month of may in order to have allegedly failed a U.A) And that Cynthia did not advise C.P.S of her relationship with Louis (Gonzales" and of two 9-1-/ calls being placed from the Gonzales residence".

As this was the affidavit used to illegally Not only Commit Aggravated Kidnapping of 5 children, but also Human Trafficking and child molestation and Rape of children under 5 years old;

As by law, the only way a Child Can be removed From their home on an Emergency Removal petition is if the child is being physically abuse, as there must be a person whom has personal knowledge of this occurring or of the family, and evidence of bruses, breaks in bones, maltnutrition and or If the child is being Sexually abuse; as there

must be a doctor whom is not under contract with CPS or the State whom comes to the conclusion that such sexual abuse has occurred;

And there was No such Allegations of such Sadistic acts occurring or evidence of such; So the Standards in which the Statue states is required to have been met, were Never satisfied to begin with.

And there is No excuse for such sick, pathetic and henicus criminal activities from So called public servants.

C.P.s and the Courts have conspired, and committed treacherous acts against citizens of the United States with the help of Lamb County Sheriff's office(s); its deputies and other alleged law enforcement.

As ON July 27, 2021, the same criminal scheme was conducted at Convenant Hospital; as the parents were expecting twins; but the hospital, the nurses and Doctors, Not all of them, but a selected few were obviously and had made it apparant by their acts and ommissions of their criminal activities and part in the Human trafficking; as only 1 baby was said to be delivered, a Newborn we named Randy Lucas Randy Gonzales, a newborn in which Plainview Pd and its pathetic so called officers committed crimes against the parents forcing them to stay against their will at the hospital as they conspired with Mallery Pettrson

and other false public servants, as they made up lies, lies in which did not matter even if they were true, they could not have legally stopped the parents from leaving the hospital, especially after signing their discharge papers.

As the Plainview P.d employees had referred to Mr. Gonzales as "Louis", already knowing his name, but obviously his person known well enough to them to have referred him as "Louis"; P.d employees he nor his wife at that time had ever seen or known of before prior to July 28, 2021.

Also had stated Mrs. Guttierrez had lossed a significant amount of blood due to her low iron; information they had known an hour before the made up or one act play of Mrs. Guttierrez having a prolapse umbilical cord; a lie due to this made up scheme, as we had been in a conducting a Snogram for the past 45 minutes, in which revealed two babies by visual, the heartbeat monitors and the Sonogram machine giving two different weights and ages in babies; also a uranalysis before the sonogram revealing the low iron; Iron in which was suppose to be administered to Mrs. Guttierrez but never was.

As it was said Mrs. Guttierrez had lost a lot of blood, as she was given 2 pints of blood during surgery; as this was surreal, as Mrs. Guttierrez was only given no more than 10 minutes; and a alleged blood count revealing Mrs. Guttierrez had or was still missing

half of her total blood count, a medically Near death experience; but yet was kicked forcefully the following day by C.P.S employee Benjamin Nodi and three Plainview cops; cops whom made terroristic threats to Mrs. Gutierrez while forcing her to walk down stairs and out of the hospital as she cried; as a pussy ass plainview cop by Avelus started to Mrs. Gutierrez

"Are you sure you have somebody picking you up?; If you dont I dont mind taking you to wherever you need to go, you can sit on my lap, I won't mind at all; but if you want plainview"; Knowing that Mr. Gonzales's parents were already heading to plainview to pickup Cynthia and the baby, but C.P.S had also lied and gotten a Castro County Judge to illegally signed off on an emergency Removal without a court order; an illegal and criminal act; a treacherous and terroristic activities committed to citizens;

As Mr. Gonzales's Parents had told Mr. Gonzales that they would go pickup his family from the hospital just in case they (the cps) had tried something else; knowing their son would sooner or later put his foot down and do what Needed to be done long ago.
                                                    Youi Gonzales

As this is a short summary,
as the plainview have many
other evidence, including his Past hale County charges of
                                                    Lamb County Charges

1.    The Affiant, a United States Citizen(s); Louis Fred Gonzales whom resides at 3001 County Road 84, Olton, Tx 79064; Father to Eleven children; Owner to two newly start-up bussinesses states the following under perjury of Laws, and of Sound mind says that:

He, Louis Fred Gonzales is currently being held against his will and cosent; as he is being held captive for ransom at Lamb County Jail in Littlefield, Tx 79339 on False charges in which he has material, as well witnesses whom can testifiy and prove beyond a reasonable doubt, and without a question; Louis Fred Gonzales did not and could not have commited the falsified charge in which has been indicated on his person by individuals whom have been, continuously falsify themselves to be public Servants whom have been engaging in Criminal activities, as they are involved in a Organized Criminal Organization whom have hidden themselves behind Loyal and well respected Public Servants throughout this time.

As Mr. Gonzales is Currently incocerated for the/a falsified charge, a felong/state Jail felony; "Burglary of a Building" in which his bond has been set at $25,000 by the Lamb County District Attorney's office, Scott Say, whom the Lamb County District Judge, Felix Klein had signed off on the amount of bond on July 28, 2022;

In which then a warrant was issued for Louis Fred Gonzales due to an Indictment brought before a Grand Jury whom have amended in the law of July 2022;

For the Felony offense of a "Burglary of a Building";

As the Indictment does not contain any probable cause whatsoever in which reveals or shows Mr. Gonzales had committed such Crime; as the Following is the five and a half sentence the Lamb County judicial system had, or presented before the Grand Jury for "Burglary of a Building";

<u>Hereinafter styled defendant, on or about to 06th day of July, 2022, and before the presentment of this Indictment, in the County and State aforesaid, did: then and there intentionally and Knowingly enter a building, or a portion of a building without the effective consent of Gerado Sandoval, the owner thereof, and attempted to commit or committed theft of property, namely tools, mechanical equipment, bidders and pressure washers, owned by the said Gerado Sandoval;"</u>

As the above is the Five sentence paragraph; the Lamb County District Attorney's; Scott say "Probable Cause" he/they presented before the grand jury;

As their was no other evidence or information, as in material in which actually states, proves or shows that the defendant/Louis Fred Gonzales committing the offense "Burglary of a Building";

As their is no video Surviellance, or/and witnesses whom can place Mr. Gonzales at the alleged Crime Scene; and whom or which can ~~been~~ shown ~~that~~ Mr. Gonzales had entered such Building and committed the allege theft of property; because Mr. Gonzales did not enter any ~~building in which~~ he supposedly had taken property

Not belonging to him without the Consent of the owner.

As this is how and why the state fails to prove or show that it was the accussed whom had entered the alleged building and as the charge is a Burglary of a building;

The State fails to provide evidence in which is material to and of the charge, of the accussed committing the unlawful entry into the allege building and showing material evidence the accussed is seen or was witnessed committing the allege theft through or by Video Surviellance or a witness;

As the State fails to show and prove this fact; as this is an important and vital neccesity in order for the Commission of Burglary of a building to be said to have been allegelly committed by the defendant.

In which the Indictment is void, and or invalid, as it contains defects in Substance; a vital and important part of its discription in describing the offense in which had allegelly occured;

As it also fails to name or describe where the Burglary of the building had allegelly occured; in which an Indictment must contain;

2.    And Ch. 21. § 21.08 "Allegations of ownership"

Within an Indictment regarding personal property states "Where it shows that one person owns the property, and another person has possession of the

Same property; the ownership may be allege to be all, or either of them; and where ownership of the property is unknown to the Grand Jury; it then shall be sufficient to allege that fact";

Meaning if the property is unknown to whom it belongs; then ownership cannot be determined to be either, other than the person in possession of the property;

As it is Common property, property in which any person own or may also have possession of similar or the same property; then one must show ownership by Virtue of some proof of purchase in which also must show the identity of the product, by when it was purchased, from whom it was purchased, as well as any identifying numbers; as to show and prove ownership;

Because any individual can state or make an allegation that they are missing property; Especially property in which is Common, and most likely in most households or a very good percentage of people, especially when its a Common trade; so indivduals within such skill of trade would also most likely have similar property or and the same tools, in which is Common;

Especially since we have Giant Chain Hardware stores, outlets and stores within our area that sell their brand names, and other Brands whom

they have Contract with in order to sell their Company's Brand name tools, hardware, appliances, Furniture, clothing and etc, within such Chain Stores;

As tee in our area, in which is Common in and around our Nation; Have stores as in Wal-mart, SEBrs, Harbor Freight, K-mart, United and other popular Stores in which carry Common Named brand Names;

And the only way to tell such tools and etc apart is from their serial number; proof of purchase in order to show ownership, or a bill of sale; reciept;

Because any person whom have evil intentions could and may utibilize the judicial system in order to defraud or deprive another person of property, by committing Fraud, Forgery, Fabrication and deception; as an individual may commit such malicious intentions to capiolize off or on another innocent Citizen's/victim's life or their Lives; in which Not only are the targeted Victim's Life or Lives deprived of life, liberty and property;

But those targeted Victims are not the only persons whom are effected by these evil and pathetic criminal and treacherous activities;

As the Victim's family, especially their children witness and bear this Cruel and unusual and terroristic activities being inflicted upon them; especially when they were brought up to respect and trust individuals whom were or are

Employed as a public Servant;

And these little ones, our children are then inflicted with so much harm and pain; emotionally, physicologialy, even at times (even) physically;

because they had witnessed bad things being inflicted to their parents, even inflicted upon themselves by persons whom they were taught and brought that UP to be persons whom were to be Good people, Not bad people.

And in "Chapter 21, Statue 21.09 of the Texas Criminal Procedure"-"The Description of Property" within an Indictment in which states or alleges personal or Common property is the object in which was deprived from the owner, "must state" within the Indictment the description of property, as in identifying the property by "name", "kind", "Number and proof of ownership";

And within the States Indictment numered Cause NO. DCR-6279-22, The State of Texas vs. Louis Fred III Gonzales states within its 5½ sentence probable cause or/and its evidence against Mr Gonzales, alleging that he had allegelly entered a building and then allegelly left the building with "property, namely tools, mechanical equipment, welders, and pressure washers owned by the named alleged victim;"

As the aforementioned Two sentences stating what was allegedly taken; describes items or property in a broad sense;

It does not describe the property in specific terms, as this is necessary in alleging property taken and to be able to show ownership of such property; because the specifics of such property must be given to identify the allege property in which is being allegedly reported to have been taken;

But the States Indictment fails to show this, in which fails to prove that the defendant had not only committed the actual acts of entering the alleged building, but fails to prove the ownership to the or any of the alleged property; as their indictment fails to describe the allege stolen property;

In which makes the Indictment Invalid or Void;

And if an alleged Victim reports or states they have property in which was stolen;

Then that alleged Victim apparently and obviously would know the description of the property;

As in special markings to help identify it, as in serial numbers, color, the brand of property, the make or model, and the amount of each alleged item taken;

But yet the State fails to prove this; in which is a defect of Substance, making the Indictment Invalid or Void, and must be set aside, and

predijuce;

In which the State Cannot amend the Indelment; meaning the State Cannot take such Indctment back to the Grand Jury and present them with an amanded Indctment;

As the States Original Indctment, their Alleged Probable Cause, or and evidence depicted within their Indctment, an Indctment in which was presented to the Grand Jury with the accompanying evidence alleging the entering of a building and the taking of the allege property in which depicts No accompanying evidence of any video survellance, witnesses or land any description of the alleged items takeN;

So the Indctment fails in prouing the commission of a Building being entered by Mr. Gonzales, or any of the alleged property in which is said to be, or have been allegclly stoleN to have been IN the possession of the defendant;

And if such was alleglly true, and the defendant was found IN possession of the allege stoleN items;

Then the State Could only show, prove and charge Mr. Gonzales with "Possession of StoleN property";

But the State Fails to show and prove that Mr. Gonzales was or had possession of any of the alleged property belonging to the alleged victim,

because the State Cannot prove this vital NecissitY in which is needed to charge Mr. Gonzales eveN with possession of stoleN propridy becau se

Nothing, or No property in which Mr. Gonzales possessed within his person and/or Vechicle belonged to the alleged Victim;

Because what property he did and does possess belongs to Mr. Gonzales.

So Mr. Gonzales is being held against his will and Cosent, and has been illegally restrained, illegally arressted, and as human-traffeking had occurred on several of unlawful counts regarding this alleged, but falsfied, (Criminal, fabricated and cooked up charges),

In which the inited or/and First Contact in which was made with Mr. Gonzales in regards to this Falsified and Fabricated charge was on July 05, 2022 at the Dollar Store on Waylon Jennings in Littlefield, Tx; as the video Surviellance within the dollar store and surviellance outside the dollar store, as well any video Surviellance from Surrounding homes, and the store employees, as well the customers, whom were within the store at the time of Contact with individuals whom Mr. Gonzales still till this day does Not Know if they are or were employed with any law enforcement;

Due to these three individuals whom were at the dollar store had Never once stated they were employees of any law enforcement;

Nor did they ever state in the beginning of the Contact befoce they began slandering Mr. Gonzales

that they were making contact in order to investigate or ask qustions in regards to the alleged Burglary of a Building;

But instead these inducduals started with a white male, 5'9", 210lbs, with glasses, kaki points, black collared shirt with or carrying a side arm had walked or entered the store as the Mr. Gonzales was at the cash register asking for a pack of ciggarettes, but was unable to purchase the ciggarettes due to Mr. Gonzales not having any identification to show his age;

In which he has not had, other than his TDCJ Id since being released from TDCJ on Parole on September 2020 and also bail from a Theft of property charge From Lubbock County stemming from the year '2018;

But this Caucausian male had then looked at Mr. Gonzales and stated "Can you come outside?";

Mr. Gonzales had exited the store and had noticed a black Pick-up parked behind his Land Rover, and two other inducduals standing outside next to his Land Rover, as one was a tall, older male dressed all in black, and a short, white female wearing a black jacket;

As Mr. Gonzales had gotten close to his vechicle, the other two inducduals whom did not identify themselves had then surrounded Mr. Gonzales, as he then had the Stores Wall to his back;

When the white male whom had entered the store and asked to speak with Mr. Gonzales (in which from this point forward we will refer to Individual #1);

As Individual #1 stated excitedly and out loud, as he had recieved the attention of onlookers, had then blurted out "I know right now you have the back of your car filled with tools; I know it is filled with Snap on tools, I know that you have stolen tools in the back of your car!!";

Mr. Gonzales replies "Who the hell told you I have stolen tools, and it's in my car right now?";

Individual #1 states "I know, I know because they told me, they told me the back of your car is filled with stolen Snap-on tools, they told me!";

Mr. Gonzales replies, "who told you, who is they, and whoever told you is lying";

Individual #1 states "I have video showing you and your vechicle"; as he then looks at my person up and down, observing my clothes, as if to use his dactic of notice or observing or analyzing what I had on to then utulize it as a method or tactic in which as it was executed in front of my person, and as I had obviously noticed this act; that it was suppose to somehow make my person nervous or anxious of some sort, as it to state or insinuate by his act he had noticed something material to what he was about to say; As he continued to state

"You even have the same clothes on"

Mr. Gonzales replies "what video, where is this video, and if your saying you have a video of my person and my car allegelly committing these acts, them why are we talking, then why aint I being arrested, or to warrant for his arrest if they had such proof, yet really a video of Mr. Gonzales committing the acts he was being accussed of, but instead he knew they were "fishing", a criminal act on top of already on an unlawful detainment in which had turned into an illegal seizure; as it was obvious he was detained or (and illegally being restraint; as his movement to move about freely was obviously being constricted or obstructed by these three individuals whom had him surrounded, as they encircled him, or (and were blocking him from moving about freely.

But at this time Mr. Gonzales had begun to get agitated with these individuals calling him a thief, and in which such slander being heard by the general public was causing defamation of character, as well defamation against Mr. Gonzales livelyhood, against his bussinesses, as the public whom were potential customers, and whom were witnessing this incriminating and yet illegal scheme being acted out by these persons whom were accussing him of being a thief;

Of his peers;

Peers whom without recieving or obtaining any knowledge of correction when they had seen; would most definetly notice or recall such defaming and shameful event and picture Mr. Gonzales as this thief in which would and will ultimately hurt his bussiwesses, and/or from obtaining any futhur Contracts or land jobs with his peers;

When Mr. Gonzales had Enough and replied "Okay," and took out his keys from his pocket and walked to his Car, as Individual #1 backed up and Mr. Gonzales unlocked his Car and had then opened up his driver side passenger back door, and walked a took a few steps back and stated to Individual #1 "look", gesturing for him to look inside his Car.

As Individual #1 then walks to the open Car door and looks inside, as his Facial expression(s) changed; as he noticed the opposite of what he was accussing Mr. Gonzales of was apparently false;

As individual #1 had then began to look in every Crevice of the back of Mr. Gonzale's Car, in which Mr. Gonzales had then walked back to the open door and began to Close it, Knowing what he was now Committing was illegal,

As legally he was proven wrong, as Mr. Gonzales did Contain the back of his vechicle full or jammed pack with Snap ON tools,

Individual #1 began to...

For anything, an act in which was and is Criminal;

As Mr. Gonzales had entered his accussers by staying them they were mistaken or (and obviously had the wrong person, in which the obvious observation revealed they were wrong;

In which in legal terminology or meaning; as in the acts of Mr. Gonzales pointing to his accusser they were mistaken, he legally justified the burden of proof;

In which I then ~~this~~ in legal perspective of the law, ~~this illegal detain then the effectually illegal~~ ~~unlawful~~ this unlawful seizure had legally become moot; even if it was legal to begin with; Legally this so called qustioning and or seizure had Legally ended, and Mr. Gonzales legally was free to go as he pleased;

But Individual #1 then stated "whats that?"

As Mr. Gonzales replies thats not a Srapon, thats a Hitachii impact;

Then Individual #1 is becoming to agitate even More, as he says "whats that";

Mr. Gonzales says "thats a pry bar", as he closes the door to his car and locks it.

Individual #1 states "But your still going to jail";

As Mr. Gonzales replies " I'm not going to jail";

Then individual #1 states "yes you are, your going to jail fer theft";

~~H~~As Mr Gonzales replies/asks "going to jail

For what?";

Individual #1 states "Your going to jail for theft";
Mr. Gonzales replies " theft of what?";
Individual #1 replies " I knew you did it, they told me you did it, they told me, they told me you had the back of your car filled with stolen tools";

Mr. Gonzales replied " What stolen tools, I just shaved you, and you had just seen yourself", —

Individual #1 states " I don't care, your still going to jail for theft";

Then Mr. Gonzales makes his way to his vechicle, when Individual #1 then states (to the other two whom were surrounding him) "Get him"; as they three converged upon Mr. Gonzales and the two male individuals had then grabbed Mr. Gonzales from the back, each grabbing an arm of Mr. Gonzales and had pushed Mr. Gonzales against the wall of the store, as they both applied pressure against his back and put him in handcuffs; in which then he was placed behind the seat of the black truck whom was parked behind his car,

As Individual #1 stated "give me the keys to your car";

Mr. Gonzales stated angrily " I aint giving you shit";

Individual #1 stated "If you dont give me the keys to your car, I'm going to get a wrecker come pick it up";

Mr. Gonzales replied "I ain't giving you my keys to my Car";

As Mr. Gonzales knew he had done nothing wrong, and knew that whomever these individuals were, and even with presuming they were law enforcement;

They still had No legal standing authority, rights or legal ramification/merits/grounds to have been demanding for Mr. Gonzales's Keys to his vehicle, Nor to have a wrecker and illegally have Mr. Gonzales's Vechicle towed from the parking lot of the Dollar Store; a public area/parking to citizens;

And as Mr. Gonzales had Not committed any Crimes whatsoever;

especially No crimes against or to the Dollar Store; as No law enforcement was called by any member of the Store in which implicated Mr. Gonzales Committing a crime; in which would of legally given law enforcement authority to come upon such property; property in which normally would be restricted to law enforcement from just entering the property in order to execute an arrest upon an individual whom had a warrant for his arrest;

As the such law enforcement would have legally legally Needed to obtained a Search warrant with of the Dollar Store being the target or object of the Search Warrant; in which such Search warrant would also have Needed to state they were needing to enter such premises in order to search and seize Mr. Gonzales whom was walking the Premises in

which the Search warrant would also have needed to name a person from the dollar store whom could or had authority to authorize permission to law enforcement to have entered the building and or property in order to seize Mr. Gonzales if he did have a outstanding warrant for his arrest; but he did Not have No active warrants whatsoever;

And the presumed law enforcement, if you may refer them to that did not have No Search warrant with them to have entered upon the property; especially with the obvious and apparent intentions of arresting him from the beginning;

So these individuals had committed, and were committing crimes Not only upon and against Mr. Gonzales, but also against the owner of the dollar store, the managers and employees of the dollar store; citizens of the United States, against the dignity of the State, and the United States, by executing their criminal scheme in depriving Mr. Gonzales and others of life, liberty and property or/and the pursuit of happiness by the unlawful infringement of the goverment and or by its employees;

As Chapter 1, General Provisions, Statue 1.06 - Searches and Seizures - states "The People shall be secure in their persons, houses, papers and possessions from all unreasonable Searches and Seizures; as No warrant to search any place or

property, or to seize any person, or thing shall issue without describing them as near as may be, nor without probable Cause supported by Oath or affirmation;

And No persons Constitutional rights, immunities, privledges or laws in which are IN place to protect citizens from the unlawful intrusions of from the goverment or its employees shall be committed under the Color of laws, or/and purporting to be under the color of laws;

As this is a Crime, a Felony in itself, a Crime on top of what has already been Committed against a person by an alleged Public Servant;

As the consequences carries a term up to life, even the death sentence, For just one single act against any person.

And Chapter 14 of the Texas Criminal Code of procedure, Statue 14.01 "OFFENSE WITHIN VIEW" States (b) "a peace officer or any other person may without a warrant arrest an offender when the offense is committed in his view or presence, if the offense is classified as a Felony or a breach to the public peace".

But as Mr. Gonzales had No active warrants, Nor did they have a Search warrant, and Mr. Gonzales had Not Nor did Not commit a Crime, a Felony

before or within the View of the presumed Law enforcement?

"   " So these individuals had No Legal authority to have Committed any of the acts they had done executed ON July 05, 2022 at while Mr. Gonzales was at the Dollar Store Shopping or purchasing Ciggarettes.

As the events in which occurred reveals Nothing more than an obvious Criminal Scheme, a Scheme in which involves So Called Public Servants whom are to protect and serve the public;

But instead you we have Individuals whom have been impersonating to be a public Servant as they misused and abused the false pretense of official Capacity they had Never held to begin with due to their engagement in Organized Criminal activities;

Criminal activities involving other false public Servants whom have also been impersonating to be a public Servant with in whom are also depriving Citizens within those cities of life, liberty and property by their Criminal, terroristic and treacherous acts against citizens, the State and Nation;

In which legally makes such individuals to be traitors, as they are Committing treason;

"As No public Servant is to have their name mixed with any allegations regarding that public servant is involved IN Criminal activities";

Because if a an alleged public Servant's name is somehow being stated that they are involved in Criminal activities; then automatically that alleged public Servant is to be investigated;

Because no public Servant should have their name being stated by another whom is alleging criminal wrongs;

because this shows that alleged public Servant is committing or involved in Smething he/she should not be;

And if this alleged accusation was untrue, then why is it only those stated names of alleged public Servants being pronounced to be criminals or/and crooked by not just one victim, but numerous of victims whom state the Same overt acts being or had been committed to them as well;

And another factor is; if also these accusations were untrue, then why are those being accussed of being involved are only being stated to be involved; and Not the other public Servants around or within their employment.

And it does not matter if theres 100 citizens 10,000 citizens, or just 1 citizen; as long as 1 citizen is making a Criminal Complaint; that 1 complaint is enough to proceed with Criminal proceedings against any false public Servant;

And No District Attorney, State or Federal; Nor District Judge, State or Federal; and

No law enforcement, Local, State or Federal Can or has the official Capacity to change, add or misconstrue any of of Constitutional rights, immunities, priveledges and our State and federal laws;

As only our legislators have the official Capacity to make and change our laws;

As well Congress.

And no Judges, law enforcement Nor District Attorneys have the official Capacity to stop any Criminal or Civil proceedings from moving forward;

As no District Attorneys, Nor any law enforcement has the official Capacity; (mental capabilities) to be able to decide when they can press charges upon or Not;

As they do not have the legal authority to execute or decide this, as legally they are mentally handicapped; and such is only vested upon the Judges or and any magristrate;

Because legally and by proper Criminal and Civil procedures; any complaint made to law enforcement and the District Attorney is to be written up as a complaint and then turned in to the Judge when upon probable cause has to issue (by law) warrants for the accussed.

So in the past, as well current; we as a Nation have been facing a trend within Our Judicial Systems in which we have been finding ourselves becoming victims to people whom impersonate themselves to be public servants;

Public Servants whom are to protect and serve the public, whom were taught of persons whom would lay down their own lives for others have become a Negative stigmatism upon our Society;

As it has become to the point where statistically majority of citizens whom are confronted or have an altercation with law enforcement feel or land suspect such contact with such peace officers is going to be Negative, as in harm being inflicted upon them due to the Alleged Stigmatism or trend or A phrase called being passed around as if to make a loop hole or diminish what has occurred to a citizen, or and to make it seem less harmful or less criminal; as such words are "mistake of fact, mistake of Law, within the Scope of Law, fearing for their Lives, unlawful and accountability"; but such words does not demean what criminal act in which has been committed to a United States Citizen;

As Such acts are treacherous, as such persons are Not to be committing crimes as a public Servant, much less of committing aggravated perjury

or / and lying to any person while or under the color of law, or even purporting to be under the color of law;

As this is an automatic termination in or of their employment, as such actions had legally breach their legal binding contracts as a public servant, forfeiting such employment at the time of such breach.

Individual # 1 then states to the female whom ur car is wearing a black jacket "Take him in";

The female replies "Take him in for what, what charge?"

Individual # 1 states After a few seconds of pondering "Take him in for resisting arrest";

As Mr. Gonzales states to Individual # 1 "Dont. Forget, your still going to pay for what you did to my babies, don't think I have forgotton, your going to pay for what you have done";

Individual # 1 states excitedly to the female "Get him out of here, get him out of here";

The female closes the back door, and enters the driver side and begins to make her way to the hospital and she asks Mr. Gonzales "Do you need to go to the Hospital?";

Mr. Gonzales replies "Yes maam";

And while they are traveling to the hospital, the female individual gets on her personal cell phone and calls makes a call, and states "I'm going to be taking him to the emergency room, hes wanting to be seen by the Dr.";

They arrive at the hospital and the same other two male individuals from the dollar store also arrive;

Mr. Gonzales is escorted inside the hospital and is taken to the back into a room, as he is awaiting to be seen by the Dr; whom then states to Mr. Gonzales "they will be taking x-rays of his back and neck to make sure there are no fractures or breaks";

Mr. Gonzales is taken to the x-ray as the female individual is with him the whole time, as the other two males stay in the front entrance;

X-rays are taken of Mr. Gonzales's back and neck, as well his head;

After the x-rays Mr. Gonzales was informed that everything looked well, so he was then discharged from the hospital and then taken to the beep Lamb County Jail;

As he was being booked in; the female individual was having a hard time with the charge;

As then walked in Individual #1 whom then begins to look on the computer and states while pointing to the screen, "that one, charge him

with that one, as Individual #1 states "Resisting
arrest/detainment/transport"; a misdameanor charge.
    As Mr. Gonzales then asks Individual #1 "How
the hell are you charging me with resisting arrest, when
I was not being placed under arrest to begin with;
And if I'm resisting arrest, then where the hell is
the other accompanying charge or warrant in which
I was alleglly being put under arrest to begin
with, in which then I had alleglly resisted
arrest or was resisting arrest from such charge;
how can I resist arrest from resisting arrest;
that don't make sense";
    Individual #1 looks at Mr. Gonzales and just
walks out like a bitch, a pussy ass weak
hoe whom is hiding and running away from
the Criminal activities he is involved with other
imposters within our Communities and surrounding
areas.
    Mr. Gonzales is then changed out and then
placed in detox after he had made phone calls to his
family whom were upset and whom stated to
him "why dont you listen, why did you go out, you
already know that these cops are doing this
stuff to you on purpose; you know they are
after you, look at all the stuff they have been
doing; you know their watching you, waiting to
do something";

Mr. Gonzales is awaken the next ~~morning~~ afternoon in order to be arraigned by Felix Klein;

Felix Klein States Mr. Gonzales's bond is set at $5,000 for a misdameanor of "Resisting arrest";

A first charge against Mr. Gonzales within this County; in which is absurded and obviously excessive.

Mr. Gonzales then states to Felix Klein "How am I being charged with resisting arrest, when I was not under arrest, or being put under arrest for any charge or and warrant; I have to be under arrest or being put under arrest for a charge or a warrant in order for my person to have then committed acts in which could or constitute that I was evading or resisting ~~around~~ arrest?";

Judge Klein stated "I don't know" as he shrugged his shoulders And had then left.

But by law, as Mr. Gonzales had informed the Judge ~~that~~ of information in which revealed his innocence; as the evidence revealed to Judge Klein was not only material ~~but~~ to the liberation of Mr. Gonzales, but what Mr. Gonzales stated to Felix Klein was evidence that a United States Citizen was and is being held against his will and Cosent; that a Citizen was illegally arressted, while serious badly harm was inflicted upon him by persons whom are impersonating to be a

Public Servant; as the acts of Aggravated assault with a deadly weapon, Aggravated kidnapping with a deadly weapon, Aggravated assault(s) with a deadly weapon in order to commit multiple felonies, unlawful Search and Seizure, unlawful arrest, unlawful detainment, unlawful incoceration, unlawful entry upon the property of the Dollar Store, Burglary of a building, 5 counts of a Burglary of a Vehicle, 5 counts of a Grand theft of an automobile, official oppression, malicious prosecution, prosecutorial misconduct, fabrication of evidence, fraud by deception, forgery, tampering with government records, aggravated perjury, simulating legal process, fraudalent documents through deception, engaging in criminal activities, intentional deprivation of a persons Civil rights, immunities, priveledges, and laws under the color of the law, Conspiracy to deprive a person Civil rights, treason, torture, Cruel and inhumane treatment, cruel and inhumane punishment, acts of WAR, solicitation into or of a Criminal organization of terrorists and human trafficking as Mr. Gonzales had just stated material evidence in which proved his innocence; In which by law Judge Klein upon his own motion had to legally set Mr. Gonzales Free; As it was and is obvious the resisting Arrest charge was and is a hoax, fabricated

to be public Servants. and doctored by terrorists whom falsify themselves

As within the Texas Criminal Procedure Chapter 7, statue 7.01, Proceedings before a Magristrate to Prevent OFFENSES - SHALL ISSUE Warrant - states whenever a magristrate is informed in any kind of form or manner that an offense has occurred or is about to be committed against the person or his property of the informant, or of another, or that person has threatened to commit an offense, the magristrate shall immediately issue a warrant for the arrest of the accused;

that he may be brought before such magristrate or before some other named within a of the warrant.

Texas Criminal Procedure Chapter 6, Statue 6.03 - ATTEMPT TO INJURE - states whenever in the presence or within the observation of a magristrate, an attempt is made by one person to inflict an injury upon himself or to the person of the property of an another including the person or property of his spouse, it is his duty to use all lawful means to prevent the injury. As this may be done by lawful order to any peace officer to interfere and or to prevent the injury, or by the issuance of an order of an arrest against the offender, or by ordering and or calling upon any and all persons whom may be around to assist or /and aid into the arrest of

"Texas Criminal Procedure, Chapter 6 - Statue 6.01 - WHEN Magistrate HEARS Threat - states it is the duty of every magistrate, when he may have heard, in any manner, that a threat has been made by one person to do some injury to himself or the person or property of another, including the person or property of his spouse, immediately to give notice to some peace officer, in order for that peace officer may use lawful means to prevent the injury; and

The Texas Criminal Procedure, as well in the federal Criminal Procedure states that any person may draw up any Civil or Criminal complaints in which States the trespassers/actors, the statues or land penal codes in which have been breached, or land if penal codes is unknown, then to describe the offense as close as possible,

In which then the complaint may be filed within the appropriate district court of where the offenses had or were committed; or any District Court whom may be close to the County of the Complaintee;

And file such complaint within the courts in which will then be filed with or to the District Judge whom has jurisdiction, or to any magistrate whom upon analyzing the complaint; and if such probable cause exist, then such magistrate must by law issue warrants for the accused, and

A Judge of the district or of the County Court who has knowledge that any person is illegally confined or restrained in his liberty within his District or County may, if the case be one with his jurisdiction, issue the writ of Habeas Corpus and any motion done for the same. (Tex. Crim. Proc. Ch. 11. §11.16)

So when Mr. Gonzales had informed Judge Felix Klein of Lamb County (whom was arraigning him at the time) of the obvious and apparent criminal activities, and material evidence, as in the legal definition of what resisting arrest is;

And yet failed to fullfit his duties as he is obligated, and as he has sworn under oath to fullfill under our God, as well his Code of Conduct, Code of Professionalism, and ethics; he knowingly, willingly, and intentionally forfeited his legal binding contract as a public servant, as he had apparently failed to uphold the laws as he was sworn to do and had knowingly left a United States Citizen to be illegally incarcerated, as Mr. Gonzales is and has been held in Lamb County Jail against his will and absent;

a known and intentional deprivation of his civil rights, immunities, privledges and laws in which are guaranteed and in

in place in order to protect citizens from the unlaw-
ful intrusions of the goverment and its employees.
. Mr. Gonzales had posted bail on July 20, 2022,
and when released he was also given documents
of an alleged search warrant for his vechicle;
in which the warrant states the Land Rover
is or was located at the Lamb County
Sherriff's office; in which stated was to
be searched for items linking Mr. Gonzales
to the theft of property;
But Mr Gonzales had shown these
allege public servants the inside of
his vechile in which revealed he
had no items whatsoever, Nor did
they hae probable cause to even
obtain a warrant for seizure of his
vechicle, as if they did, they
would of had probable cause to
have obtained a warrant for his
arrest for a Burglary of a building;
So these persons had No probable
Cause to have obtained an

Indictment For Burglary of a
Building.

Must less probable Cause
to have obtained a Petition
For a Civil Forfeiture of
the defendant's Land Rover,
Nor did they ever obtain
a Search warrant to have
taken his Car from the
dollar store and to the
Lamb County Sheriffs
office on July 06, 2022

when they Falsified the illegal
charged Presisting Arrest.

*[signature]*

defendant

Pro SE

So these fake ass people
committed Grand theft
auto, Burglary of a vechicle,
unlawful inccerceration
and Human Trafficking.
The defendant also has Private
Criminal Complaints in relation to
this Case in Federal Courts;

*[handwritten:]* Defendant was Never given Notice of this grand Jury empaneling, in which by law he was suppose to get Such Notice in Order For him to be present To say his behalf

*[handwritten:]* NA

Prosecutor # 22-1225

Cause No. DCR- *6279* -22

The State of Texas vs: **LOUIS FRED III GONZALES**        Bond: *25,000*

Charge: BURGLARY OF BUILDING
30.02(c)(1) PENAL CODE
FS

154th District Court
Lamb County, Texas

*[vertical stamp:]* 2022 JUL 28 PM 2:40    DEBBIE LONG DISTRICT CLERK LAMB COUNTY, TEXAS    FILED FOR RECORD

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURY, for the County of Lamb, State of Texas, duly selected, empaneled, sworn, charged, and organized as such at the July Term A.D. 2022 of the 154th Judicial District Court for said County, upon their oaths present in and to said court at said term that:

**LOUIS FRED III GONZALES**

*[handwritten: False Charge]*

Hereinafter styled Defendant, on or about the 06th day of July, 2022, and before the presentment of this indictment, in the County and State aforesaid, did:

then and there intentionally and knowingly enter a building or a portion of a building without the effective consent of Gerardo Sandoval, the owner thereof, and attempted to commit or committed theft of property, namely tools, mechanical equipment, welders, and pressure washers, owned by the said Gerardo Sandoval;

## PUNISHMENT ENHANCEMENTS

*[handwritten: False]*

And it is further presented that, prior to the commission of the charged offense (hereafter styled the primary offense), on the 19th day of March, 2004, in cause number A14207-0110 in the 64th District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Theft of Service, $1,500-$20,000;

*[handwritten: False Charge]*

And it is further presented that, prior to the commission of the primary offense, on the 23rd day of April, 2007, in cause number 4211 in the 154th District Court of Lamb County, Texas, the defendant was finally convicted of the state jail felony of Evading with a Vehicle;

*[handwritten: FALSE Charge]*

*[handwritten: True charge]* And it is further presented that, prior to the commission of the primary offense, on the 7th day of November, 2007, in cause number A17057-0612 in the 242nd District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Evading with a Vehicle;

*[handwritten: FC G LA RG SE E]*

And it is further presented that, prior to the commission of the primary offense, on the 1st day of December, 2009, in cause number A18135-0908 in the 64th District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Burglary of a Building;

And it is further presented that, prior to the commission of the primary offense, on the 11th day of September, 2015, in cause number A19836-1412 in the 64th District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Burglary of a Building;

TRUE AND CORRECT COPY OF ORIGINAL
FILED IN LAMB COUNTY
DISTRICT CLERK'S OFFICE

Prosecutor # 22-1225

And it is further presented that, prior to the commission of the primary offense, on the 11th day of September, 2015, in cause number A19837-1412 in the 64th District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Burglary of a Building;

And it is further presented that, prior to the commission of the primary offense, on the 28th day of January, 2019, in cause number B20784-1806 in the 242nd District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Forgery of a Financial Instrument;

And it is further presented that, prior to the commission of the primary offense, on the 28th day of January, 2019, in cause number B20820-1806 in the 242nd District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Theft <$2,500 with Prior Convictions;

And it is further presented that, prior to the commission of the primary offense, on the 28th day of January, 2019, in cause number B20764-1806 in the 242nd District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Theft $2,500-$30,000;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

*Harrell Lowe*
Foreman of the Grand Jury
July TERM 2022

[Handwritten annotations:]

False-charge charges

Plainview Pd had a fabricated Video - was in Discovery, Brianna Argueta & her peers verified the evidence was fabricated, Doctored Police Corruption

This Indictment Contains 8 Felony Charges in which are false, fabricated by Corrupt imposters; the same Individuals whom are involved with the Current false incarceration and the past 4 years TDCJ. As the Victim(s), the Banks stated they Never pressed charges, or involved the PD or District Attorneys office

Law Enforcement Agency: _LCSO_  
Date Of Arrest: _08/01/22_  
Time of Arrest: _15:05_  
Place of Arrest: _3601 CR 84 C/Go TX 79064_  

County/State: _Lamb TX_  
Warrant #: _DCR-6279-22_  
Bail Set: $ _25,000_  
_F5 ASTER WARR._  
( ) Special Conditions of Bond:

HAS A PROBABLE CAUSE AFFIDAVIT BEEN FILED?  ☐ YES  ☑NO

## MAGISTRATE'S WARNING FORM

THE STATE OF TEXAS §
§
COUNTY OF LAMB §

Before me, the undersigned, magistrate of Lamb County, Texas on the _2_ day of _Aug._ '22 at _2:00_ O'clock AM/PM, I gave said person the following warning:

appeared _Gonzales, Louis_

☑ You are charged with the offense of _Burglary of a Building_ ☐ a felony ☐ a misdemeanor

☑ You have the right to hire an attorney to represent you.

☑ You have the right to have an attorney present prior to and during any interview and questioning by peace officers or attorneys representing the State.

☑ You have the right to remain silent.

☑ You are not required to make a statement, and any statement you make can and may be used against you in court.

☑ You have the right to stop any interview or questioning at any time.

☑ You have the right to an examining trial (felonies only).

☑ You have the right to request appointment of counsel if you cannot afford counsel. *

**\*\*THE MAGISTRATE SHALL ENSURE THAT THE PERSON IS INFORMED OF THE FOLLOWING PROCEDURES:**

A. That an application for a court appointed attorney must be completed to determine if he/she qualifies for a court appointed attorney;

B. That reasonable assistance will be provided to him/her when filling out the application for a court appointed attorney, if needed;

C. That a financial affidavit must be signed.

D. That an affidavit is a written or printed declaration or statement of facts made voluntarily and confirmed by oath before a person having authority to administer such oath;

E. That if he/she meets indigence standards he/she will qualify for court appointed attorney; and,

F. Attorney should attempt to contact him/her by the end of one first working day after appointment and to interview with him/her as soon as practicable after appointment. If appointment is made when the accused is before the court, the accused will be given attorney's name, address, and phone number.

If you are not a United States citizen and you have been arrested or detained, you may be entitled to have us notify your country's consular representatives here in the United States. Do you want us to notify your country's consular officials?

☐ NO _____   ☐ YES _____

☐ If you responded "YES", what country? _____ If you notify your country's consular representative, we shall notify them as soon as possible.

If you are a citizen of a country that requires us to notify your country's consular representative.

THE ACCUSED DOES / ~~DOES NOT~~ WANT TO REQUEST A COURT APPOINTED ATTORNEY.
Circle One

I acknowledge that I was given the above warning (This is NOT an admission of guilty)

_[signature]_
Person Warned

Accused refused to sign acknowledgement of warning:

Magistrate _Timothy Walker_

Place of warning: _LCSO_
Time: _14:00_
Date: _2 Aug 22_

Witness (If any): _[signature]_

Magistrate Remarks:

Special Needs: _NO_

This hearing was interpreted by: _____
(Name of Interpreter)

English: ☑ YES  ☐ NO
Defendant's Language:

Arresting Agency: Castro County
Date of Arrest: 08-09-22
Time of Arrest: 17:14
Place of Arrest: Lamb County Jail

HAS A PROBABLE CAUSE AFFIDAVIT BEEN FILED?   ☐ YES   ☑ NO

Name: Castro County
City, State: Castro, TX
Warrant #: M03092023216
Bail Set: $ 1,500
MB
( ) Special Conditions of Bond:

*(handwritten right margin): Castro Lamb Hale Cochran Federal building Public Entity Hale Hockley*

MAGISTRATE'S WARNING FORM

THE STATE OF TEXAS
COUNTY OF LAMB

Before me, the undersigned, magistrate of Lamb County, Texas on the 10 day of AUG 22 at 2:15 o'clock AM/PM I gave said person the following warning:

Gonzales, Louis

☑ You are charged with the offense of Driving While License Invalid w/ Prev a felony/misdemeanor.

☑ You have the right to hire an attorney to represent you.
☑ You have the right to have an attorney present prior to and during any interview and questioning by peace officers or attorney/s representing the State.
☑ You have the right to remain silent.
☑ You are not required to make a statement, and any statement you make can and may be used against you in court.
☑ You have the right to stop any interview or questioning at any time.
☐ You have the right to an examining trial (felonies only).
☐ You have the right to request appointment of counsel if you cannot afford counsel."

***THE MAGISTRATE SHALL ENSURE THAT THE PERSON IS INFORMED OF THE FOLLOWING PROCEDURES:

A. That an application for a court appointed attorney must be completed to determine if he/she qualifies for a court appointed attorney.
B. That reasonable assistance will be provided to him/her when filling out the application for a court appointed attorney, if needed.
C. That a financial affidavit must be signed;
D. That an affidavit is a written or printed declaration or statement of facts made voluntarily and confirmed by oath before a person having authority to administer such oath;
    that if he/she meets indigence standards he/she will qualify for court appointed attorney; and,
E. Attorney should attempt to contact him/her by the end of the first working day after appointment and to interview him/her as soon as practicable after appointment. If appointment is made when the accused is before the court, the accused will be given attorney's name, address, and phone number.

If you are not a United States citizen and you have been arrested or detained, you may be entitled to have us notify your country's consular representatives here in the United States. Do you want us to notify your country's consular officials?

☐ NO    ☐ YES
☐ If you responded "YES", what country? _____
If you are a citizen of a country that requires us to notify your country's consular representative, we shall notify them as soon as possible.

THE ACCUSED DOES / DOES NOT WANT TO REQUEST A COURT APPOINTED ATTORNEY.
Circle one

I acknowledge that I was given the above warning (This is NOT an admission of guilty)

_____
Person Warned

Accused refused to sign acknowledgement of warning

_____
Magistrate
Place of warning: LCSD
Time: 14:15
Date: 10 AUG 22
Witness (if any): _____

_____
Magistrate Remarks:
Special Needs: NO

This hearing was interpreted by: _____
(Name of interpreter)

English: ☑ YES  ☐ NO

The defendant, or Mr. Gunzales has also filed Several Motions with Lamb County District Courthouse in the 154th District Court in order to "dismiss for want of Prosecution" "Motion to Squash Indictment", "Motion to reduce Bail" and two Seperate Private Criminal Complaints with the Courts on August 6, 2022; but yet to recieve any reply or answer to his motions or filings of his Complaints; to this date it has been over 30 days.

And Mr. Gonzales has also Filed Complaints with the Hale County District Courts IN or about August 06, 2022, but also yet has to receive any response of such receipt of his complaints.

To this date is over 30 days with NO answer.

Crystal walker KCPS had informed the Family some of the Covenant Hospital employees Jun Cryan and Plainview PD R.N. Stead purposly committed acts to keep the family at the hospital in order for C.P.S to come up with something in order to to take our Newborn babie

after the unlawful and fabricated charge of resisting arrest; Individual #1 had ordered that a wrecker be called to pick up the land Rover from the dollar store parking lot, a public area, and it was taken to the Lamb County Sheriffs office; In which was illegal, criminal, treacherous, terroristic because they had No legal means to have gotten a wrecker to pick up my car and bring it to the Lamb Co. sheriffs office, as this is Burglary of a vehicle, but also Grand theft of an automobile, unlawful Search and seizure of not only of my Gonzales in which Constituted the Commission of Human trafficking, unlawful incarcerating, aggravated kidnapping with a deadly weapon while committing serious bodily harm in which resulted to Mr. Gonzales taking x-rays at the hospital,

But they also intruded illegal upon the dollar store property without obtaining a Search warrant first, but Mr. Gonzales did not have any warrants nor did he commit any Felony crimes in front of any peace officer in order to have arrested him "without a warrant.
but None of this had or was the act reason(s);

As the citizens within the dollar store had and were victims of this illegal intrusion, as their expectations of their rights to lof privacy were breached.

So Lamb County Sherriff deputy "weston" had with maddox, Scott say, Klein, the older man, tall and younger deputy, skinny, tall had and were all involved in this organized criminal organization, as they all took part into this scheme into

depriving Mr. Gonzales of life, property, Liberty.

Mr. Gonzales was also illegally arrested at him by these individuals whom had a warrant due to an Indictment ~~a few days~~; obtained a few days prior, at the July term of the grand jury empaneling.

A week after bonding out off Lamb County Jail, when he also was given a personal bond signed on 7/06/22, in which by law he was automatically was suppose ~~to~~ be released a she was arrested without a warrant on a misdameanor, and a fabricated misdameanor at that, but was Not released, but kept in Jail until he bonded out on 7/20/22 with T&M Bonding, as the P.R Bond was an order by the Judge, but was not obeyed, in which law states the additional crimes of holding a person against their will for ransom, a capital offense as s being committed by false publice servants, life Imprison without parole and or death sentence.

Also Mr. Gonzales was Not given Notice of a ~~grand jury~~ empaneling of a grand jury

being empaneled for an Indictment of a Burglary of a building;

In which by law the ~~be~~ ~~82~~ Scott say, Felix Kleiman and the false pigs connected to this would have known that a Notice was to be sent or served upon Mr. Gonzales at his residence, in order to provide him a Chance to retain Counsel or (and) for him to be present in order to liberate himself from the accussations being made of him;

But No official Notice was given to him, Nor did he Know of the charge, Nor had or was he charged with the Burglary of a building.

In which makes the Indictment Invalid, and proves the engagement of Criminal activities within our Judicial Systems by terrorists whom are Committing the Same overt acts against other Citizen(s) within our Communities, they are traitors, Legally terrorists.

And Mr. Gonzales also has witness who? Can verify his wherabouts from July 05, 2022. July 06, 2022 prior to the illegall arrest at the dollar store.

E

_Pro SE_

And phone Records, as texts message which will verify Mr. Gonzales departure to Littlefield on 7-05-22 (the evening), and the text message after Not returning from the dollar Store by the family and other witness

L

additional Evidence As they are my Sisters bro-nethes and Nephews.

On or about the year of '2015 or ~~2017~~, the Plainview P.d, Hale County D.A - Wally Hatch, Hale County Judge Kregg Hukill, and numerous so-called peace officers from the Plainview P.d had illegally obtained an invalid and illegal search warrant on the residents home of Angela Gonzales and Gilbert Garza, as well at the time their boys whom were 15 years of age and 8 years old were at home at 1613 oakland street, Plainview TX when an Home invasion was committed by Numerous false public Servants whom were said to be searching for Drugs, but their so called informant is a known drug addict, and has cases for drugs;

And this so called, informant was stopped after an alleged traffic stop, a traffic stop that for some reason lead for this informant to be pulled out from his vechicle as an illegal search was conducted upon him as they concidentally found druss on him;

Drugs in which he stated was bought from the residence mention on the beginning;

In which those hoes had then aquired

an invalid search warrant based on an informant whom should not have been able to utulize or trust his statement, as it was obvious he was alleglly busted for drugs, so this informant leaglly should not hae been used as a persongs evidence, because its already illegal to use a person whom is a known drug user, as such person can be manapolated to say anything for money and freedom, and so, by law cannt be used to obtain or warrant or be considered a credible person.

But an they home invasion was committed by these pussies, these fagits whom suck on each other's Dick, because they are tired about their wives saying they have a little dick, so these fucking femine asspussies spend their off time following and watching real men;

As whom is so worried that they need to watch men, men whom they have come to fear, fear what they are doing;

This is when people know that something is wrong; something they hae been committing is more

than past criminal, they are terroristc.

But these individuals whom call themselves peace officers of the plainview P.d had searched ths family's home, and their searched had turned up nothing;

These so called public servants began to accuse the residents of the household that they had to be selling drugs because how else could they have owned all the stuff they have;

As Angela stated "what is it any of your bussiness what we have, and who are you to be talking shit that we sell drugs, your just a liar";

Another false cop comes outside with a scale, and states "you know this is illegal to have, you are Not suppose to possess this";

Angela states "If its illegall then why are you Not arresting the people whom make them and sell them?";

The false cop states to the other false cops to arrest them for manufecturing and delivering; and ther two sons were taken by C.P.S;

The Parents had to bond out on a 25,000 Bond each, and had to hire Terry Mcchreau, a fake public Servant

whom used to be the Hale County D.A.
until he had resigned due to being involved
in the Tulia drug Scandel where he had
wrongfully sentenced 187 citizens illegally
to prison based on a fake ass cop
whom said such citizens had sold
drugs to this pussy ass cop.

The Parents had to Continue
to be on C.P.S for over 5 years
for this Criminal and illegal
activities of the pussy
ass cops from plainview
P.d, all whom are
fagits and Queers

They are fake Kynistrators

Additional Evidence of The Same Overt Criminal Activities being inflicted Upon Innocent U.S. Citizens by a Particular Group Of Terrorists whom Have been Impersonating themselves to be Public Servants, and while hiding behind Past And Present Good People whom Are Public SERVANTS And while Endangering THEIR LIVES

Mark Urioste- A U.S. Citizen whom was put on probation and or Arrested in the year '2013 For a theft of Property he did Not Commit, but yet was followed by an Unmarked Car by Jay Levingston For Some time, then a Marked Lamb County Deputy then pulls From the back of the UnMarked Car driven Jay levingsten whom then pulls the Car Over, driven by Mark, making an illegal stop, an unlawful Search and Seizure; as the Lamb County Deputy then Searches the Car and arrests both occupants without Probable Cause, but yet had audicity to Not only Slander but Falsly accuse Mark Urioste of theft of Property;

Property in which is Common Property; And yet the Deputy had No documents on hand in order to have been able to verify the Property to prove ownership of it belonging to another?

As the Common Property th which was said or Alleged by the Deputy to be Stolen was a flashlight, and other miscankeneous items in which amounted to No more than $100.00 of its value if it were

bought brand new, but yet the so called Public
Servant had arrested Mr. Uriste on a theft of
Property charge on 10/13/13;

And as they had no probable cause, No evidence
whatsoever, especially documentary from the
Victim describing the alleged Property, and as its Common
property, it must state Serial Numbers in order to prove
Ownership;

And even thought Mr Uriste was Not found or
was ther Video Surveilince in which he was caught or
was seen committing the offense of theft of property by
actually taking going onto the property and taking the alleg
property stolen property from the Allege Victim's property;

But yet do this treacherous and terroristic
Criminal actuties by false pussies whom hide behind
Something they know each day they put it on, that it
dont mean shit, they shitted and spat on their
own badges and the color of law; even continuing
to impersonate to be a public Servant as others
know its true, is disgusting to Know that they
See these false pussies amongst them, those
fagds whom put them and their family in danger
by their illegal and terroristic Criminal actuties
by inflicting intentunal harm upon S.Citizens, their
employers.

And as these False public Servants Frabicated
evidence and under false Oaths had implicated



False Charges opon Mr. Urioste on 10/13/13; and these pussies, with the help of one of the main hoes here in lamb County Felix Klein and Scott Say have knowingly, willingly and intentionally Committed Human trafficking, aggravated kidnapping with a deadly weapon, w/ the intentions of Commiting multiple felonies and Serious Bodily harm while Capalizing on the Innocent Lives of U.S Citizens to their personal gain, a Capital offense; the death Penalty?

And Not including the intentional deprivation, of a person civil rights, immunities, privileldges and our laws, under the Color of law; another crime in itself, on top of the other criminal activities Committed, as the punishment is a term up to Life in Prison, or and the death.

And these false public Servants all because they stated they Found alleged Stolen property inside the vechicle in which allegedly belonged to the alleged Victim; then if it were true that the alleged items belonged to the alleged Victim and the Ownership could have been proven, then Mr. Urioste should or could only been charge with Possession of Stolen property; but if Mr. Urioste before coming into possession of the allege Stolen property had known the property was stolen;

And as Mr. Urioste did not Know the property was Stolen or knew whom the alleged Victim was, then Mr. Urioste could not have been charge even

with possession of stolen property?

But yet these terrorists had not only charged him with a false and fabricated charge Theft of Property, but also falsified two additional Theft of Property charges upon Mr. Urioste; offenses even dating back 6 months prior to his illegal stop and illegal arrest on 10/13/13;

And Mr. Urioste was forced to Sign for two years on Felony Probation; Mr. Urioste had completed his two years on Probation, as their was no ARP or MRPS Filed against him through those two years in which meant he had successfully completed his probation; but yet Scott Say, Benjamin Diaz and Felix Klein, had obtained an illegal modification of his probation by forcing, coercing him to Sign a document of Mr. Urioste Stating he was Okay with Extending his probation for the Residences in which was left or the remainder;

In which by law its illegal to continue, coerce, or add additions / restraints, as extending probation is as if he was being Sentence to Prison again for the same crimes; as this was committed three times in acts of obtaining illegal extensions - Double Jeopardy;

And Court fines Nor restitutions are grounds to obtain a extension on Probation;

As the defendant who has to continue pay

making payments as he had been with the district
Clerk when his probation has expired or incompleted.
   And Now his probation has an Expiration
of April 15, 2022, but these terrorists had
doctored or changed the Expiration date
to August 15, 2022; in order to make it
look that their warrant for an ATD was valid
in which was issued by Felix Klews, in which he
of all people should of Seen the Expiration for probation,
would and should have Not Signed for the ATD, as
an ATD is just a petition from the State, he
still has to go to Court in order to be Conducted or
revoked his probation, so his time still moves
ON as if he is on active probation.
   And these fools are Now Sentencing him to
18 months State Jail.

2.  Mr. Blake, an African American, Late 40's, mid
   50's, incarcerated also in Lamb County Jail, Pod or
CELL A since the beginning of 2022 for a
Falsified Charge of Domestic violence, in regards
with his wife;
   But Mr. Blake and his wife had an misunder-
standing, one in which some person had called
the Cops;
   And when the Cops had arrived, the Lamb County
deputies, they were informed by the parties they

just were having an arguement in which got out of
hand, and just needed some time to apart to boil off,
But for some reason they took this as a sign
in order to arrest Mr. Blake and brought him to Lamb
County Jail; And has been incarcerated since then;
And when Mr. Ganzales had meet Mr. Blake in May
2022, They had filed a Motion of Appeal and of
dismissal of the forced, coerced and Criminal
activity of Sentencing Mr. Blake to I.S.F for NO
Less than 45 And to more than 180 days for
NO legal reason at all;
      Mr. Blake had not violated any of his terms
of probation; But yet these tads were utilizing the
charge of Domestic Violence, a charge in which he
was not Convicted within a court of law, Nor
and the charge was also dismissed prior to
these tads having Mr. Blake Sign an illegal
modification of his probation without a court
hearing; as the Judge is the only person whom
his authority to modify a defendant's probation;
      And the or his female probation officer had
made a terrisstic threat to Mr. Blake that if he did
not sign for the illegal modification, that she was
going to tell Benjamin Diaz to issue an ATD;
(But yet for what?)
      His charge was dropped, so why was he not
released, but instead he was illegal held captive

against his will, against his Cosent; as he had NO other hold against him to have been incocerated after the misdameanor Charge was dropped; for NO MRP or ARP had been filed against him; So Scott Say, Felix Klein, Benjamin Diaz and the female probation officer were Criminals, terrorists and traitors, they knowingly commit human trafficking, preying on the innocents; oh our children; They are the disease in which, infects humanity, and they need to be killed.

9. Abel - a lamb County inmate whom was on probation, was also illegally incocerated and being trafficked to 15 months of State Jail where he has Not violated the terms of his probation; but yet Scot Say, Felix Klein, Benjamin Diaz, Gary Maddox have been involved in an Organized Criminal Organization with other false public Servants whom falsly represent themselves a Lamb County dydxhe, Hale County dydxhes, Plainview P.d, Indindents whom were withing C.P.S and other fake Judges, D.A's and Hale County, Lubbock County and Castre County; As they all Work together, engaging in Crimigal activities as you will find the Connective between them by their acts and Ommissions.

As Abel, also is being held illegally in Lamb County Jail on a Probation Modification, Not an ARD or MRP, and is being Sentence to 15 months state jail, as Scott say and Benjamin Diaz and Felix Klein utilize charge(s) that are pending againg Abel, charges in which he is on bond for as well, charges in which he has Not been convicted within a Court of law beyond a reasonable doubt by his peers, a jury.

So Sentencing Abel to State Jail was illegal to begin with, and So abel had filed a Motion to dismiss the Countys fabricated Cases, in which then Abel was taken back to Court and all of a Sudden, his bitch ass lawyer, another Pussy, a Bi lawyer whom Mr. Gonzales has Noticed to be 95% of the defendants lawyer within Lamb County, in which reveals its criminal scheme in itself, stating this lawyer is Not only crooked, but a Pussy, a fagit, a hoe ass terrorists sicking dick like the rest their group fighting over me cos, Preying on innocent U.S Citizens, on Our little babies,

This lawyer of Abel's had then Stated to him in Court well we Can't Send you to State Jail because you have not been Convicted of the charges from Lubbock County, as you have to be Convicted of such crimes before they can be used against you, so were going to Send you to Lubbock so you can Get Sentence for those charges First, then bring you back

and Sentence you to State Jail;

As this statement was made by his lawyer in Court, it revealed the Scandalous, muschianous, pathetic, incompetent and straught dumbasses these ferl's are, Like literally how stupid can you get? This is so disgraceful to other public Servants to know how So called, Co-workers, friends have been putting not only Citizens lives in harms way but other innocent public Servants lives as well, including their families; now that's some pussy shit.

Well Abel is awaiting for this so called bench warrant out Lubbock to happen, but yet Abel even asks himself how is Lubbock Suppose to come, get me when I have no hold from them or and Warrant, as my bonds are still active;

Well a week later Abel and Johnathan are moved out of D-Pod and into C-Pod - Abel is housed in C-Pod for about two or three weeks before he is taken to Court again in Lamb County, and where his bitch ass lawyer, along with Benjamin Diaz, Scott Say and felix Klein State they are going to Sentence him to State jail first;

But how stupid is that, when they were, Confronted earlier about he not being Convicted of any Crimes for him to be Sentence or reductal of Anything to have occurred. Thus only they then stated they couldn't send

him to State Jail because he was Not Convicted of the alleged Charges; but were Sending to Lubbock in order to get Convicted and then sentence him to State Jail;

And Now how they purposely Separated these victims from others whom were assisting them in gaining knowledge that those fouls were railroading them, and their alledge public defender(s) were and are Criminally involved.

4. Christopher - A lamb County inmate whom is being held against his will and absent by the Same pussies whom falsify themselves as public Servants; had and Criminally Conspired against Christopher, an African American male, 41 years of age, a Littlefield, Tx resident was falsly or illegally arrested in July 2022 for a fabricated charge of Criminal Trespass, as he was within an Arpartment, an Arpartment with whom he also had worked together with the tenant on Numerous of jobs within the arptment Complex of this alleged but fabricated Criminal trespass by the lamb County deputies, Scott Say, Benjamin Diaz and Felix Klein whom all were advised by Christopher; including his pussy ass lawyer; that he did Not Commit No Criminal trespass;

Because for the Commission of Criminal trespass to have been committed, the ader must first have been given Notice prior to the Current act of the alledge Criminal trespass

that he/she, or the acter was not wanted upon such premises, as the acter must have been served with a notice, and or there must have been a sign stating outside of the premises, No Trespassing, where such sign could have been noticed by all and any spectators whom would of noticed such warning;

And the acter must have been warned by the owner of an la multiduplex housing of such tresspassing was Forbidden;

And Mr. Chrispither also had previously and to this date would do work for the apartment complex;

So it is his defense as well due to previous jobs upon and for such complex, he had no prior criminal tresspass upon him, In order for this Fabricated charged of criminal tresspass to be implicated upon him;

But yet these dirty cock suckers had even stated to Christopher in court as they joked about it in front of him, stating a "well what can we say, thats the law",

as these criminals, these fucking pussies whom walk around thinking highly of themselves ain't Nothing but a bitch, a coward and a terrorist.

As they had convicted him illegally of Criminal Trespass, these so called Neighbors, Country Men, Citizens whom are selling out their own people for their own personal gain; as they sentence this Man to 6 months Rolc, as he is also being trafficked by corrupt, illegal wanna be public Servants whom forfeited their employement, a legal binding contract long ago when they breached their Oaths, their Ethics, Code of Conduct, Code of Professionalism and Civil/Public duties; as they are Not Protecting Nor Serving the Citizens whom they are Sworn to Protect, Instead they are committing crimes against their Employers.

5.   Johnathon Ramirez - a youngster, in his early twenties was also unlawfully arrested on false Charges by Reggie Holmes, stating Mr. Ramirec had broke into a Car and stold a shotgun; But yet the alleged victim had never made a report to the Otton P.d, and Reggie holmes stated to Mr. Ramirez that they had a video

of him commiting the alleged crime, but when his grandparents and others watched this video at city hall in Oton, they had said that was not Johnathan, and the person within the video was not seen commiting any criminal Acts;

But yet the Oton Pd had still pursued criminal charges against Mr. Ramirez.

These individuals had also obtained a Coerced modification of Mr. Ramirez's Probation based on fabricated evidence by Reggie Hylmes and another oton Pd; as they also stalked him in town while he would walk, as these holes would go around the block and countless of times while they followed him while he walked, as they also would put the spotlight directly on him as he walked in town Harrassing him, Commiting crimes against the Public, the state and our government,

As these terrorists had obtained an illegall Probation modification and Sentence in to hich was being deprived from false and fabricated allegations; allegations in which had him trafficked to I.S.F For 6 months.

6. Johnny - a youngster, 21 year old African American whom is illegally being held against his will in lamb County Jail, as the same individual are trying to obtain or have obtained an illegal Probation modification employ utilizing a charge in which was dismissed from Houston, Tx as he has NO violations whatsoever in which give lamb County any legal standing grounds or merits to Violate or modify his probation; In which he is being Sent to I.S.F also;

As all these mentioned individuals are Citizens whom are being trafficked by using the Judiciary System as a way to Smuggle and traffic Citizens for their own personal Self Gains, A Capital offense.

And Johnny Satchel and Mark Unaste have Federal Complaints Filed.

_____

Pro Se    IN reference to this. As well Habeas Corpus

In the year of 2020 Somewhere in the month of September I was stopped by Reggie Holmes, and Joseph Garcia when they stopped me they said that they had got a call saying that I had tried to steal a car, The owner of the car said that he never pressed charges against me. I also did avading arrest and Reggie Holmes ended up tazing me and tased me on the back of my neck. when Reggie Holmes, tazed me I went unconscience Reggie Holmes and Joseph Garcia Ended up searching me and they found a contion substance on me. I was also brought to the Emergency Room in little field due to me being tazed. I Ended up getting me a court appointed lawyer with Phil Ricker he told me to plea guilty which he got me out on a PR bond.

In the year of 2021, Somewhere. In the month of Febuary Reggie Holmes and Joseph Garcia arrested me because they said I had broke into a truck and stole a shetgun which they arrested me no charges were pressed against me They then searched me and found a Pipe on me which brought me to Jail I Ended up missing my Grand mothers birthday I had also got a court appointed attomey lawyer with matt morrow out of lubbock which he got me out on Probation term.

The above Affidavit/Statement was written by The affiant, The complaintree, Johnathan Ramirez, and under Purgury of the law, is true and correct.

Home address
304 5th St
OLton tx 79064
(P.O Box 826)

X Johnathan Ramirez
Kamb County Jail
1200 E. Waylon Jennin
Littlefield tx 79339

The Police Affidavet/statement was written by the affiant, The complaintee, Johnathan Ramirez, and under purgury of the law is true and correct.

Through out the past years The police in Olton involving Reggie Holmes and Joseph Garcia have harrassed me numberous times. There have been many of times of me walking out of my grandparents house and the police passing in front or even them being parked down the street from my grandparents house and as soon as they see me they would pass me and then go around the block and pass me again there have also been times when I would be walkin at night heading home to my grandparents and a police offic spot lighting me there have been multiple times of this happening as well

Home Address
304 5th St
Olton tx 79064
(P.o Box 826)

X Johnathan Ramirez

Lamb county Jail
1200 E. Waylon Jennings
Littlefield tx 79339

Step 2 Result: *The following are a few of the numerous*

Date of Result: *breaches committed by terrorrists.*

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A. **GROUND ONE:** *Official Misconduct*

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*These so called public servants have knowingly, intentionally and willingly committed criminal activities against citizens, the state and goverment while and under their false pretense of this socalled official capacity in order to defraud, deprive and inflict harm.*

B. **GROUND TWO:** *Aggravated Perjury*

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*These so called public servants had knowingly, willingly and intentionally committed perjury while under oath, and fabricated evidence, as such fabricated evidence and false oaths were used in official court proceedings in which falsified crimes the petitioner had committed, and had forcefully pushed criminal proceedings forward in order to incarcerate him illegally.*

C. **GROUND THREE:** Due Course of law was intentionally breached by false public Servants

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

No Citizen Shall be deprived of life, liberty and or property priviledges, immunities, or any manner derfranchised, except as by due course of law

D. **GROUND FOUR:** The rights of the Accused were, intentionally breached by false public Servants

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

As the accused shall have the right to demand the nature and cause of the accusation against him, and to have the right to face his accusers, as he shall not be compelled to give evidence against himself. And should not be held to answer for any, unless for an indicted on a valid grand Jury.

21. Relief sought in this petition:

The petitioner prays to the Court to liberate him from the unlawful custody and detention at Lamb County Jail, the unlawful convictions from his '2019 Hale County Convictions, the Felonica teed charge from Lubbock County; and any and all monetary relief in which he is entitle to by and through the laws of our State and Nation.

-7-



Ground Continued!

E. Ground Five: U.S Constitution, Amendment XIV was breached by terrorists impersonating to be public Servants

Supporting facts: No State shall make or enforce any law which shall abridge the privledges or immunities of Citizens of the United States, Nor shall any state deprive any citizen of life, liberty, and property without due process of law, Nor deny to any person within its jurisdiction the equal protections of our laws

F. Ground Six: U.S Constitution, Amendment VIII was breached by false public Servants under the Color of law

Supporting facts: Excessive Bail shall not be given, Nor required, Nor excessive fines imposed, Nor Cruel and unusual punishment Nor treatment inflicted.

G. Ground Seven: U.S Constitution, Amendment IX was breached by individuals whom are imposters and terrorists

Supporting facts: The Constitution in its meaning shall not misconstrued to deny or disparage others retained by the people

H. Ground Eight: U.S Constitution, Amendment X

Supporting Facts: The powers Not delegated to the United States, the goverment, or the States are reserved for and to the People, as it is their right(s) and obligation to dismantle, take apart or /and even abolish the goverment as a whole when confronted with a rogue goverment,

I. Ground Nine: U.S Constitution Amendment XIII have/has been breach by persons impersonating to be Public Servants

Supporting facts: Slavery nor Servitude shall Exist, except as punishment for a Crime when the party shall have been dully Convicted within a Court of law

J. Ground Ten: U.S Constitution Amendment IV has been intentionally breached by terrorists whom are employed as a public Servant

Supporting Facts: The People have the right to be Secure within their homes, persons, papers and effects against un-reasonable searches and Seizures and shall not be violated; And no warrants shall issue, but upon probable cause, supported by Oath or affirmation and particularly describing the place, persons or things to be seized

K. Ground Eleven: Preamble of the United States

Supporting Facts: We the People of the United States Form a more perfect union, to establish Justice, to ensure domestic tranquility, provide for the Common defense, promote for the general welfare, and Secure the blessings of Liberty to Ourselves, and Our Posterity to ordain and establish the Constitution of the U.S

L. Ground Twelve: U.S. Constitution V has been breached by false public Servants whom are terrorists

Supporting Facts: No person shall be subject to be tried for the Same offense twice and to be put in jeopardy of life or limb without due process of law, nor shall private property be taken for public use with just Compensation

M. Ground Thirtheen: Chapter 21. § 21.09. INDICTMENT And Information - Discription of Personal Property.

Supporting Facts: Personal Property alleged in an Indictment shall be identified by name, kind, and number(s), and proof of Ownership; As common Property must be shown to be owned by the other whom is making the accusation by showing proof of Ownership

N. Ground Fourteen: Chapter 21. Indictment & Information Statue 21.09 · allegation of Ownership

Supporting Facts: When one property is owned by another, and ownership cannot be verified, then the person in possession is presumed to be the owner of such property

O. Ground Fifteen: Chapter 21. Indictment & Information, Statue 21.03 · What Should be Stated in an Indictment.

Supporting Facts: Everything Should be Stated in an Indictment that is Necessary to be proved

P. Ground Sixteen: Unlawful Arrest

Supporting Facts: Lamb County Burglary of a Building is Fabricated; Lamb County Resisting Arrest is Fabricated; Lubbock County Bond Forfeitures are Fabricated; Lubbock County theft charge is Fabricated; Hale County theft charges are Fabricated; Hale County Burglary of a Building are Fabricated.

Q. Ground Seventeen: Unlawful Incoceration

Supporting Facts: Due to these false public servants, the Petitioner had spent over 14 years unlawfully incocerated, as well his Children not only kidnapped but raped by Mallory Weston and other Lamb County deputies and Plainview PD employees, and Ben Modi, Jennifer Garcia, Jamie Blunt, Guy Maddox Felix Klein, Scott Say, Lamb County Female Judge, Castro County Male C.P.S Judge, Castro County Deputies

R. Ground Eighteen: Impersonating to be a Public Servant

Supporting facts: There is a group of terrorists whom have embedded themselves within Our Communities whom have sought employment within the Public Servant areas, and have been hiding behind others whom are good and using as criteria

S. Ground Nineteen: Failing to fullfill a Public Servant's Public/Civil duties

Supporting facts: When several crimes were reported to Guy Maddox, Felix Klein, Lamb County pussy deputies, Reggie Holmes, Castro County hoe ass deputies; Fake ass Cops from Plainview PD, Pussy Kregg Hukill, faggt Scot Say; and other pussy false public Servants whom failed to take such report and file it with the magistrate

T. Ground Twenty: Misuse And Abuse of Official Capacity

Supporting Facts: False public Servants have utulize their employment to intentionally inflict harm, torture and commit crimes against Citizens by hiding behind the Color of law and through the use of deception

*✗ Evidence ✗   Part of discovery*

## CAUSE NO. DCR-6279-22

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 154TH DISTRICT |
| | § | |
| VS. | § | COURT OF |
| | § | |
| LOUIS FRED GONZALES | § | LAMB COUNTY, TEXAS |

### ORDER SETTING HEARING

The above named Defendant is hereby Ordered to appear before this Court on 09/20/2022 at 10:30am for the following purpose:

_____ Guilty Plea

_____ Motion to Revoke/Motion to Proceed to Judgement – IN PERSON

___X___ Other: *Faretta* Hearing _____

Signed: September 13, 2022.

_____
Judge Presiding

**Notice to Defendant:**

☐ GIVEN IN PERSON or;
☐ MAILED TO DEFENDANT AT THE FOLLOWING ADDRESS: 3001 CR 84 OLTON, TX 79064
☒ EMAILED TO JAIL

**Notice to Attorney:**

☐ GIVEN IN PERSON
☐ MAILED TO ATTORNEY AT THE FOLLOWING:
☒ EMAILED TO ATTORNEY ON  RICKIE REDMAN _____

**Notice to Bondsman:**

☐ GIVEN IN PERSON
☐ MAILED TO BONDSMAN AT THE FOLLOWING:
☐ EMAILED TO BONDSMAN ON _____
☒ IN CUSTODY

The order Setting For a Faretta
Hearing was Not asked by the
Plaintiff; the Court did this
ON its OWN;

But the Plaintiff Finds
its very difficult how it can
Set a Faretta hearing,
But it has had Motions
Within its POSSESSION
For the PAST 49+
days For a "Bond reduction";
For a "Motion to dismiss
For want of Prosecution";

then its you whom I want, its you whom deserve to die a traitors death, and I'm one to give this death to you, and alone I can do it by myself, and I yearn to get rid of pussies like you from this world.

Because of you, of losers, of washed out, couldn't hack it and weak ass crying motherfuckers like you are and is why the world is the way it is and has been; because yours so much of a pussy and you hate it, so you blame others and also hurt them because of your downfalls, that you inflicted upon yourself.

But the following are some the offenses committed by the involved perpatraters:

| OFFENSES | OFFENSES |
|---|---|
| Ch.1. §2 Principal | § 42.061- Silent or abusive calls to 9-1-1 service |
| § 3. Accessory After the Fact | § 42.07 - Harrassement |
| § 4. Misprison of Felony | § 42.072- Stalking |
| § 113. Assaults | § 42.073- Disclosure of Confidental Information involving Family Violence |
| § 11. Bribery | |
| Ch.12 Civil Disorders | § 42.002- Enciting a riot / Civil unrest |
| Ch.13. Deprivation of Civil rights | § 36 - bribery and Corrupt Influence |
| Ch.19 Conspiracy To Commit harm | § 36.02- Coercin of public Servant or Voter |
| § 71.02- Engaging in Organized Criminal activity | § 36.04 - Improper Influence |
| § 71.022- Coercing, inducing, soliciting membership into a Criminal Organization | § 36.05 - Tampering with witness |
| § 71.023- Directing activities of a Criminal Organization | § 36.06 - Retaliation and obstruction of Justice |
| § 42.01 - Disordly Conduct | Ch.28. Criminal mischief and Property damage |
| § 42.06- False alarm or Report | 29.02 Aggravated Robbery |
| § 42.061- False report to induce | |

A "motion to Dismiss the Indictment" due to Fabrication, Fraud, Forgery, Agg Perjury, malicious Prosecution, for failing to give the Plantff Notice of an Indictment hearing in order to be Present, as the Indictment also fails to state or prove that the Plantff Committed the Burglary of

a Building, and its affidavit
of facts has NO probable Cause,
NO evidence, NO oath or
affirmation to the acts,
NO proper discripture to
the alleged property,
Leaving it broad, showing
NO ownership of any Sort,
NO police report, NO
anything whatsoever
was presented to
the grand Jury. And it was
Not a Secret or Sealed Indictment.

to be under the color of law;

As this is a crime in itself; another felony charge on top of the crimes in which had already been committed against humanity / citizens by the perpatrators;

As this charge "Deprivation of a person's civil rights, immunities, priveledges and laws under the color of law" makes it more criminal; even more wrong; due to the Actors being public servants; Public servants whom we citizens have entrusted such area of employment to with our personal and public affairs; activities no other person than our God is suppose to know; and as they are entrusted as people whom are to protect and serve the people, all people, no matter if they are a U.S citizen or not;

As these individuals are to uphold the law, follow the law, not commit crimes;

As citizens give each individual in such area of employment the benifit of the doubt;

So citizen's do not or should not be more worried of such persons committing crimes against them, than their alleged counter-parts, Criminals".

But yet humanity as a whole feel this way; And this shows and as history reveals a long lengthy criminal actiutie(s) being committed to citizens and humanity by a organized group of terrorists whom have weeded themselves within such employment of the public servant area,

And as such imposters have also been pushing actual good people out from such area of employment, as these imposters, these traitors bully, pick-on and even terminate or fire these good people from their jobs in order to gain control of such employment,

As such traitors thaght they could or would be able to utilize such employment; employment in which we citizens have entrusted so much faith in as people whom are made ot of Good Statue, as in morality;

As such individuals automatically were seen

On September 13, 2022, at this so called faretta hearing, the Plaintiff had asked the so called Judge about how he WAS Not given notice to the Indictment hearing;

As the Pussy ass Judge had stated IN OPEN Court IN Official Proceedings, meaning what he stated WAS or had Committed WAS Aggravated Perjury - as he had the Indictment before him, So he has NO ROOM for Error.

| OFFENSES | OFFENSES |
|---|---|
| - Uttering false or Counterfeite Obligations | - Obstruction of Investigation |
| - Fraudalent Bonds and Oblig- ations of Certain lending Agencys | - Simulating legal process |
| - Fictitious obligations | - Tampering with goverment records |
| - Embezzlement | - Sexual Exploitation |
| - Custodians generally misusing Public funds | - Sexual Exploitation of a Child- multiple Counts |
| - Theft of Employment health care benifits | - Genocide |
| - Theft or embezzlment from Employee benfit Plan | - War Crimes |
| - Theft or embezzlment from Employment and training Funds | - Torture |
| - Recieving Stolen Property | - Terrorism |
| - mail fraud and other offenses | - Premeditated Murder/ Multiple Counts |
| - Aggravated Kidnapping | - Crimes of Violence |
| - Aggravated Kidnapping of a Child- multiple Counts | - Treason |
| - Fugitive from Justice | - Sedition |
| - False Impersonation | - Subverse Activites |
| - impersonating to be a public Servant | - Cruel and inhumane treatment |
| - Espionage | - unlawful interception of oral Communications |
| - Extertion & Thefts | - unlawful of personal Infor- mation / Dmv |
| - Racketeering | - malicious mischief |
| - Ricko Act | - Peonage |
| - unlawful Search And Seizure | - Slavery |
| - unlawful arresst | - Human Trafficking |
|  | - Protection of Unborn Children |
|  | - unlawful Incoceration |
|  | - All Criminal Activites executed by a persons(s) |

The bitch ass pussy fake ass cocksucking Judge whom is a Fucking terrorist and pussy and should be ashamed to look at himself everyday;

I would laugh at his bitch ass everyday, just to show how weak of a bitch he is;

But this fake motherfucker had lied in Court, Meaning he had Committed not only Agg Perjury but Official OPPRESSION, trying to hide what is occurring.

This Judge whom Calls himself Felix Klein is a straight Pussy whem Sucks every Fucking dick he sees.

This Fucking Weso is a straight Fucking Cunt, a low life, oNe I personally would beat the fuck out of because that bitch aint No Judge, hes a hoe, hes a Pussy, hes why the world is the way it is, beause hes just a Straight fucking Fagot Catching Pussy, knows what I'm saying but Catches Pussy, Now thats a Fucking Bitch. My Fucking Bitch.

But that hoe said to the Plaintiff in Court that the grand jury meets in Secret; so that is why I did recieve a Notice;

But The Plaintiffs Indictment was Not Secret or Sealed,

This pussy ass Fake ass wanna be Somebody, but obviously too stupid to be anything; this bitch is straight Fuck Neso, a free world hoes), like this pussy ass followers, Catching pussy.

As he also knew about the Public Crimining/Complaint being Sent back stating I had to Pay 350.00

*Tonya Ritchie*



100 6th Street
Room 103
Littlefield, TX 79339

Phone: (806) 385-4222
Fax: (806) 385-6485
Email: tonyaritchie@nts-online.net

September 20, 2022

Louis Gonzales
Lamb County Jail
1200 E. Waylon Jennings
Littlefield, Texas  79339

Mr. Gonzales,

This letter is to notify you that the Lamb County Clerk's Office is returning the <u>Notice For A Speedy Trial</u> as it is NOT acceptable for filing in the Lamb County Clerk's Office.

These documents should be addressed to
LAMB COUNTY CLERK'S OFFICE
LAMB COUNTY COURT
100 6th Drive, Room 103
Littlefield, Texas 79339

NOT IN THE MUNICIPAL COURT.

Sincerely,

Tonya Ritchie
Lamb County Clerk

*Evidence*

Official OPPRESSION



# Tonya Ritchie

100 6th Street
Room 103
Littlefield, TX 79339

Phone: (806) 385-4222
Fax: (806) 385-6485
Email: tonyaritchie@nts-online.net

September 20, 2022

Louis Gonzales
Lamb County Jail
1200 E. Waylon Jennings
Littlefield, Texas  79339

Mr. Gonzales,

This letter is to notify you that the Lamb County Clerk's Office is returning the <u>Motion to Dismiss</u> as it is NOT acceptable for filing in the Lamb County Clerk's Office.

The documentation you sent should be filed in the
LAMB COUNTY DISTRICT CLERK'S OFFICE
IN THE 154TH DISTRICT COURT
100 6TH DRIVE, ROOM 212
LITTLEFIELD, TEXAS  79339

Sincerely,

Tonya Ritchie

Tonya Ritchie
Lamb County Clerk

Knowing that they are only a floor apart, this dumbass broad sent my letter back, when her stupid ass should of taken it up stairs, its the same Government Building or had forwarded the mail Official OPPRESSION

I Lous Fred Gonzales
State that the Foregoing
is true and Correct, and
under the Perjany
of law.
executed on September 24, 2022

Plaintiff
Pro SE



Lavis Gonzales #9477
Lamb County Jail
1200 E Waylon Jennings
Littlefield, TX 79339

RECEIVED

SEP 3 0 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LEGAL

USPS RETAIL GROUND®

1006

C067

SHIP
TO:
1206 TEXAS AVE
LUBBOCK TX 79401-4037

USPS TRACKING® #

9534 6120 2597 2271 2706 89



LEGAL