UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LOUIS GONZALES,<br>Institutional ID No. 8977<br><br>Plaintiff,<br><br>v.<br><br>MALLORY PETTERSON, *et al.*,<br><br>Defendants. | No. 5:22-CV-00255-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g).

Dated November 4, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge